AO 458 (Rev. 06/09) Appearance of Counsel

# UNITED STATES DISTRICT COURT
for the
Southern District of New York

| | |
|---|---|
| Sade Coker ) | |
| *Plaintiff* ) | |
| v. ) | Case No. 21 Civ. 01803 (ER) |
| Goldberg & Associatiates P.C. and Julie Goldberg ) | |
| *Defendant* ) | |

**APPEARANCE OF COUNSEL**

To:   The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

Defendants Goldberg & Associates P.C. and Julie Goldberg                               .

Date:   05/06/2021                                      /s/ David Kasell
                                                                *Attorney's signature*

                                                        David Kasell / DK-7753 (SDNY)
                                                        *Printed name and bar number*
                                                        Fair Labor Defense LLC
                                                        188 Grand St., Suite 225
                                                        New York, NY 10013

                                                        *Address*

                                                        david.kasell@fairlabordefense.com
                                                        *E-mail address*

                                                        *Telephone number*

                                                        *FAX number*