UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| SADE COKER,<br><br>　　　　　　　Plaintiff,<br><br>v.<br><br>GOLDBERG & ASSOCIATES P.C., and<br>JULIE GOLDBERG, ESQ., an individual,<br><br>　　　　　　　Defendants. | **NOTICE OF MEDIATION**<br><br>Case No. 21-cv-01803 (ER) |

COUNSEL FOR PETITIONER HEREBY GIVES NOTICE, that Plaintiff SADE COKER and defendants GOLDBERG & ASSOCIATES P.C. and JULIE GOLDBERG, ESQ will attend mediation with SDNY mediator Julian W. Friedman on July 16, 2021 at 10:00 a.m.

Respectfully submitted June 15, 2021,

　　　　　　　　　　　　　　　　　　　　　　ANDERSONDODSON, P.C.

　　　　　　　　　　　　　　　　　　　　　　*/s/ Penn Dodson*

　　　　　　　　　　　　　　　　　　　　　　**Penn A. Dodson (PD 2244)**
　　　　　　　　　　　　　　　　　　　　　　penn@andersondodson.com
　　　　　　　　　　　　　　　　　　　　　　11 Broadway, Suite 615
　　　　　　　　　　　　　　　　　　　　　　New York, NY  10004
　　　　　　　　　　　　　　　　　　　　　　(212) 961-7639 direct
　　　　　　　　　　　　　　　　　　　　　　(646) 998-8051 fax

ANDERSONDODSON, P.C.
11 Broadway
Suite 615
New York, NY  10004
212.961.7639
www.andersondodson.com

*Coker v. Goldberg & Associates*
Case No. 1:21-cv-1803-ER (SDNY)

Notice of Mediation
Page 1