UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| **SADE COKER,**<br><br>                    Plaintiff,<br><br>v.<br><br>**GOLDBERG & ASSOCIATES P.C.**, and **JULIE GOLDBERG, ESQ.**, an individual,<br><br>                    Defendants. | **NOTICE OF MEDIATION**<br><br>Case No. 21-cv-01803 (ER) |

### NOTICE OF APPEARANCE OF COUNSEL

Christopher T. Anderson of the law firm AndersonDodson, P.C. hereby enters his appearance as additional counsel on behalf of Plaintiff and requests notice of all court filings and communications via the CM/ECF system.

Respectfully submitted, this **13th** day of **July, 2021.**

ANDERSONDODSON, P.C.

/*s/ Christopher T. Anderson*
**Christopher T. Anderson**
*christopher@andersondodson.com*
11 Broadway, Suite 615
New York, NY  10004
(212) 961-7639 tel.
(646) 998-8051 fax

Attorney for Plaintiff

ANDERSONDODSON, P.C.
11 Broadway
Suite 615
New York, NY  10004
212.961.7639
www.andersondodson.com