

July 16, 2021

Hon. Edgardo Ramos
Thurgood Marshall
United States Courthouse
40 Foley Square
New York, NY 10007
<u>Via ECF Only</u>

    Re:    *Coker v Goldberg & Associates P.C.* 1:21-cv-1803

Your Honor:

Pursuant to your Minute Entries of June 4, 2021,

> The parties shall engage in the Court-ordered mediation. The parties are directed to report to the Court the results of mediation within 48 hours of its completion. If at that time the defendants wish to move to dismiss the parties shall provide a proposed briefing schedule.

Our SDNY mediation occurred on July 16, 2021. The parties did not reach agreement. Defendants wish to proceed with their proposed motion to dismiss. Therefore, as a briefing schedule, we jointly propose the following:

- Defendant's motion due by July 30, 2021
- Plaintiff's response due by August 13, 2021
- Defendant's reply, if any, due by August 27, 2021

Thank you for your consideration of these matters.

                                            Sincerely,

                                            Penn Dodson, Esq.
                                            *penn@andersondodson.com*