

## MEMO ENDORSED

July 16, 2021

Hon. Edgardo Ramos
Thurgood Marshall
United States Courthouse
40 Foley Square
New York, NY 10007
<u>Via ECF Only</u>

> The parties' proposed briefing schedule is approved.  Defendants' moving papers are due July 30, 2021; Plaintiff's response due August 13, 2021; reply due August 27, 2021.
>
> It is SO ORDERED.
>
> _____
> Edgardo Ramos, U.S.D.J.
> Dated:  07/19/2021
> New York, New York

     Re:    *Coker v Goldberg & Associates P.C.* 1:21-cv-1803

Your Honor:

Pursuant to your Minute Entries of June 4, 2021,

> **The parties shall engage in the Court-ordered mediation. The parties are directed to report to the Court the results of mediation within 48 hours of its completion. If at that time the defendants wish to move to dismiss the parties shall provide a proposed briefing schedule.**

Our SDNY mediation occurred on July 16, 2021. The parties did not reach agreement. Defendants wish to proceed with their proposed motion to dismiss. Therefore, as a briefing schedule, we jointly propose the following:

- Defendant's motion due by July 30, 2021
- Plaintiff's response due by August 13, 2021
- Defendant's reply, if any, due by August 27, 2021

Thank you for your consideration of these matters.

Sincerely,

Penn Dodson, Esq.
*penn@andersondodson.com*

**ANDERSONDODSON, P.C.**
11 Broadway, Suite 615 | New York, New York 10004
14143 Denver West Parkway | Suite 100-50 | Golden, Colorado 80401
Tel: (212) 961-7639 | Fax: (646) 998-8051
www.AndersonDodson.com