UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X
SADE COKER,

                Plaintiff,

    -- against --

GOLDBERG & ASSOCIATES P.C., and
JULIE GOLDBERG, ESQ., an individual,

                Defendants.
------------------------------------------------------------X

No. 21 Civ. 1803 (ER)

    PLEASE TAKE NOTICE that, upon the accompanying Memorandum of Law in Support of Defendants' Motion to Dismiss, dated July 30, 2021, Defendants move this Court, before the Honorable Edgardo Ramos, at the United States Courthouse, 40 Foley Square, New York, NY, for an Order dismissing Plaintiffs' Complaint pursuant to Federal Rules of Civil Procedure 12(b)(6).

/s/ *David Kasell*
David Kasell
Fair Labor Defense LLC
188 Grand Street, Suite 225
New York, NY 10013
(800) 724-3341
Counsel for Defendants

All counsel served
by CM/ECF