UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| **SADE COKER,**<br><br>                    Plaintiff,<br><br>v.<br><br>**GOLDBERG & ASSOCIATES P.C.**, and<br>**JULIE GOLDBERG, ESQ.,** an individual,<br><br>                    Defendants. | Case No. 21-cv-01803 (ER) |

**PLAINTIFF'S NOTICE OF MOTION FOR SANCTIONS AGAINST DEFENDANTS PURSUANT TO FED. R. CIV. P. 11(c)**

Comes now the Plaintiff in the above-captioned matter and moves this Court to sanction Defendants and their counsel pursuant to Fed. R. Civ. P. Rule 11 and such other and further relief as this Court may deem just and proper. Submitted contemporaneously herewith is a Memorandum of Law. The Motion is based on the fact that the Defendants' Motion to Dismiss [Dkt. 20] is not warranted by existing law, presents frivolous arguments, and was filed in order to delay proceedings and/or for other improper purposes.

Respectfully submitted, this _____ day of **August, 2021.**

ANDERSONDODSON, P.C.

*Penn Dodson* (signature)

**Penn A. Dodson (PD 2244)**
*penn@andersondodson.com*
11 Broadway, Suite 615
New York, NY  10004
(212) 961-7639 tel.

Attorney for Plaintiff

ANDERSONDODSON, P.C.
11 Broadway
Suite 615
New York, NY  10004
212.961.7639
www.andersondodson.com