UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

SADE COKER,

                    Plaintiff,

v.

GOLDBERG & ASSOCIATES P.C., and
JULIE GOLDBERG,

                    Defendants.

**ORDER**

21 Civ. 1803 (ER)

RAMOS, D.J.

    Plaintiff brought the instant suit on March 2, 2021.  Doc. 1.  On August 24, 2021, Plaintiff moved for sanctions against Defendants, without first requesting a pre-motion conference.  Doc. 25.  The Court denies Plaintiff's motion without prejudice for failure to abide by the Court's Individual Rules and the Court's prior order.  Doc. 23.  The Clerk of Court is respectfully requested to terminate the motions, Docs. 25 and 27.

    It is SO ORDERED.

Dated:  August 27, 2021
           New York, New York

                                                  Edgardo Ramos, U.S.D.J.