# Fair Labor Defense LLC
188 Grand Street, Suite 225, New York, NY 10013

**MEMO ENDORSED**

April 13, 2022

Hon. Edgardo Ramos
United States District Judge
Thurgood Marshall U.S. Courthouse
40 Foley Square
New York, NY 10007

> The request for an extension is granted.
>
> SO ORDERED.  _/s/ Edgardo Ramos_
> Edgardo Ramos, U.S.D.J
> Dated: __April 14, 2022__
> New York, New York

Re:   Request for Extension on Answer in *Coker v. Goldberg & Associates P.C.*, No. 21 Civ. 01803 (ER)

Judge Ramos:

This firm represents the corporate and individual defendant in the above-captioned case. Pursuant to Part I(e) of the Court's Individual Rules, we write to request a one-week extension to answer the complaint after this Court denied Defendants' motion to dismiss (Dkt. 33). Thus, if granted, the Answer would be due on Thursday, April 21, 2022.

Plaintiff consents to the request. The reason for the request is that Defendants have elected to hire Jones Law Firm, P.C. to represent them. Defendants are in the process of completing the paperwork and having the file transferred.

We do not request that any other dates be changed. Thus, new counsel will answer the complaint and appear at the conference on May 5, 2022 at 10:00 a.m. after having answered on April 21, 2022, if the Court grants this request.

Respectfully,

/s/ *David Kasell*
David Kasell
Fair Labor Defense LLC
188 Grand Street, Suite 225
New York, NY 10013
(800) 724-3341