UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| SADE COKER,<br><br>                      Plaintiff,<br><br>       -against-<br><br>GOLDBERG & ASSOCIATES P.C. and<br>JULIE GOLDBERG,<br><br>                      Defendants. | Case No. 21-cv-01803 (JLR)<br><br>**ORDER** |

JENNIFER L. ROCHON, United States District Judge:

      The Court is in receipt of the parties' joint letter, dated October 10, 2022, filed in response to the Court's September 26, 2022 Reassignment Order. ECF No. 41. The Civil Case Discovery Plan and Scheduling Order, entered on May 16, 2022, remains in effect. ECF No. 38. As contemplated by that Order, IT IS HEREBY ORDERED that the parties shall appear for a post-discovery pretrial conference on December 15, 2022, at 11:00 a.m. in Courtroom 20B of the Daniel Patrick Moynihan United States Courthouse, 500 Pearl Street, New York, New York, 10007. The parties are reminded that any motions shall be filed in accordance with the Court's Individual Rules.

Dated:  October 11, 2022
          New York, New York

                                                          SO ORDERED.

                                                          *Jennifer Rochon*
                                                          JENNIFER L. ROCHON
                                                          United States District Judge