November 8, 2022

*via EM/CF*

The Honorable Jennifer L. Rochon
Daniel Patrick Moynihan
United States Courthouse
500 Pearl Street, Courtroom 20B
New York, NY 10007

      Re:    Request to bring Personal Laptop and Phone to November 9, 2022 Discovery Hearing in Coker v. Goldberg & Associates, P.C., Case No. 21-cv-01803

Dear Hon. Judge Rochon:

As per this court's orders filed on Friday, November 4, 2022, I will be attending the Discovery Hearing scheduled for November 9, 2022, on behalf of Defendants.

I apologize for the urgent nature of this request, but I would like to request your honor to please allow me to bring with me to the hearing my personal laptop and cellphone.

The reason I file this request to bring these items is that I use them to manage the documents related to the case, and to communicate urgent messages related to the case to the client, including offers of settlement made in court.

                                                     Respectfully,

                                                   /s/ Austin Brown
                                                 T. Austin Brown, Esq.
                                               **Jones Law Firm, P.C.**
                                               1270 6th Avenue, 7th Floor
                                               New York, NY 10020
                                               (212) 258-0685
                                               austin@joneslawnyc.com
                                               *Attorneys for Defendants*