Jones
Law Firm P.C

November 11, 2022

*via CM/ECF*

The Honorable Jennifer L. Rochon
Daniel Patrick Moynihan
United States Courthouse
500 Pearl Street, Courtroom 20B
New York, NY 10007

      **Re**:    **Medical Emergency Precludes Participation in Discovery in SDNY Case No. 21-cv-01803, Coker v. Goldberg & Associates P.C.**

Dear Judge Rochon:

I have just recently learned after conferring with my client that she has been placed on medical leave for the next sixty days (at the least), which precludes her from participating in discovery in the above-captioned case as it is currently scheduled.

On November 9, 2022, as a result of the Discovery Hearing held that same day, your honor filed a text-only order (Docket No. 52), requesting that Counsels write a response no later than November 11, 2022, informing the court of mutually agreed upon Deposition dates. After conferring with my client to schedule the deposition, I learned of her impending medical stay. It covers not only the period specified for depositions, but the remainder of Discovery, currently set to end on December 12, 2022.

Defendants intend to request a stay of proceedings once they have obtained the written confirmation of our client's medical leave. Thank you for your time and attention to this matter.

                                            Respectfully,

                                            <u>/s/ Bryce Jones</u>
                                            T. Bryce Jones, Esq.
                                            **Jones Law Firm, P.C.**
                                            1270 6th Avenue, 7th Floor
                                            New York, NY 10020
                                            (212) 258-0685
                                            bryce@joneslawnyc.com
                                            *Attorneys for Defendants*