UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

SADE COKER,

                                        Plaintiff,

                    -against-

GOLDBERG & ASSOCIATES P.C. and
JULIE GOLDBERG,

                                        Defendants.

Case No. 21-cv-01803 (JLR)

**ORDER**

JENNIFER L. ROCHON, United States District Judge:

On November 9, 2022, the Court ordered the parties to confer regarding deposition dates and file a joint letter no later than November 11, 2022. ECF No. 52. On November 11, 2022, Plaintiff filed a letter indicating that the parties could not come to an agreement as to deposition dates due to Defendant Julie Goldberg's previously-undisclosed medical leave. ECF No. 53. Defendants also filed a letter, dated November 11, 2022, confirming Plaintiff's account of the discussions, and indicating that they intend to request a stay of the proceedings "once they have obtained the written confirmation of our client's medical leave." ECF No. 54. No such request has been made.

This case has been pending since March 2021. The deadline for fact depositions has been extended multiple times, and there have been several delays by the parties in adjudicating this matter. All fact discovery ends on December 12, 2022. Therefore, IT IS HEREBY ORDERED that Ms. Goldberg shall sit for a deposition on **December 7, 2022**, unless Defendants provide (a) written substantiation from a medical professional regarding the medical leave and Ms. Goldberg's inability to be deposed on December 7, 2022, and (b) an explanation for the failure to

advise the Court and Plaintiff's counsel as to the Defendant's upcoming medical leave.  IT IS

FURTHER ORDERED that Plaintiff shall be deposed on **December 6, 2022**.

Dated:  November 14, 2022                                  SO ORDERED.
              New York, New York

                                                                    _Jennifer Rochon_
                                                                    JENNIFER L. ROCHON
                                                                    United States District Judge