

Nov 14, 2022

To whom it may concern:

Please be advised that Julie Goldberg, ▮▮▮▮▮▮▮▮▮, has been under my care since July of 2020. I, in concert with the rest of her medical team, have been treating her for an ongoing medical condition for the last two years that has not responded to outpatient treatment. Due to the nature of the illness and the current condition of Ms. Goldberg's overall health, I am recommending that Ms. Goldberg be placed on immediate leave to prepare herself for treatment. The current protocol will last for 60 days beginning November 29, 2022 and should be complete by January 29, 2023. We are recommending leave commence immediately but under no circumstances beyond November 28, 2022.

Please make any necessary concessions for her. If you have any further questions you may contact me via phone.

Sincerely,

Katherine M. Zagone, ND
NPI: 1285045997
640 s San Vicente Blvd Suite 450
Los Angeles CA 90048
Phone: 213-224-8123