## ATTACHMENT A:  30(b)(6) TOPICS

THIS NOTICE NAMES AS THE DEPONENT A CORPORATE ENTITY.  Under the provisions of Rule 30(b)(6), Defendant is required to identify and produce for deposition one or more officers, agents, or employees to testify in its behalf on the following matters in the English language:

1) Organization and background of Goldberg & Associates P.C. generally (general history, locations, services rendered, hierarchy, job functions/positions/titles, number of employees/workers, ownership, officers/directors, investors, relationship with other corporate entities, if applicable).  Includes role and functions of Lucia Rollow.

2) Tech platforms used in the course of business: e.g. software/apps used for

   a) Case management
   b) Task management
   c) Calendars
   d) Bookkeeping
   e) Email
   f) Texts
   g) Internal communications
   h) Phone system
   i) Other software used on a day-to-day basis

3) Identity of entities with financial records
   a) Accountant
   b) Bookkeeper
   c) Banks

4) Discovery documents:

   a) Documents/data/information requested in Plaintiff's Requests for Production
   b) Individuals who participated in collection of discovery documents
   c) Process for document retrieval
   d) Existence / availability of all data that has already been produced as PDF documents in other formats (e.g. .Excel or .csv)
   e) Verification of Interrogatory responses

5) Goldberg & Associates P.C.'s standard operating procedures, expectations, rules, systems, and policies, including but not necessarily limited to the following:

   a) Timekeeping systems, policies, and procedures generally within the company, including
      i) Software/apps, or other tech or third party resources used for employee time tracking (including changes, if any, from 2015 to present)

AndersonDodson, P.C.
11 Broadway
Suite 615
New York, NY  10004
212.961.7639
www.andersondodson.com

*Coker v. Goldberg & Associates P.C., et al*
Case No. 1:21-CV-01803-JLR

30(b)(6) of Deposition
Page 5

      ii) Identification of ALL individuals within Goldberg & Associates P.C. who have had any responsibility for any aspects of time records processing (such as collecting or processing in time sheets, maintaining files, entering data to be transmitted to an outside entity, and handling any discrepancies or ambiguities)
      iii) Documents pertaining to policies & procedures for time keeping related issues (e.g. internal SOP guides, employee notices or memos, etc.)
      iv) Identification of all categories of documents pertaining to employee time tracking and/or work schedules.

  b) Payroll/compensation systems, policies, and procedures generally within the company, including
      i) Software, payroll processing companies, or other tech or third party resources used to process payroll (including changes, if any, from 2015 to present)
      ii) Identification of ALL individuals within BCD who have had any responsibility for any aspects of payroll processing (such as processing in time sheets, collecting receipts, maintaining files, entering data to be transmitted to an outside company, or handling any disputes or questions from employees about their paychecks) 2015-present
      iii) Identification of any and all outside bookkeepers and/or accountants BCD has used 2015 to present (company name, individual(s) name(s), city or borough)
      iv) Documents pertaining to policies & procedures for how payroll or compensation related issues (e.g. internal SOP guides, employee notices or memos, etc.)
      v) Description of policies, practices and/or procedures pertaining to employee compensation and payroll, such as frequency, methods, and other similar logistics.

  c) Expense reimbursement systems, policies, and procedures generally within the company, including
      i) Software/apps, or other tech or third party resources used for expense reimbursements (including changes, if any, from 2016 to present)
      ii) Identification of ALL individuals within BCD who have had any responsibility for any aspects of expense reimbursement processing (such as processing in requests, collecting receipts, maintaining files, entering data to be transmitted to an outside company, handling any disputes or questions from employees etc.)
      iii) Documents pertaining to policies & procedures for expense reimbursement related issues (e.g. internal SOP guides, employee notices or memos, etc.)
      iv) Identification of all categories of documents pertaining to expense reimbursements

6) Existence of other handbooks, SOP manuals, lists of rules or expectations, memos (e.g. employee manual)

7) Other claims and testimony
  a) Previous (or other) lawsuits, claims, charges, cases, or complaints brought against the Defendant by any individual related to any type of term or condition of employment (including matters relating to pay), and
  b) Other sworn testimony of agents of BCD (deposition, in court, affidavit/declaration, etc.)

ANDERSONDODSON, P.C.
11 Broadway
Suite 615
New York, NY  10004
212.961.7639
www.andersondodson.com

*Coker v. Goldberg & Associates P.C., et al*
Case No. 1:21-CV-01803-JLR

30(b)(6) of Deposition
Page 6

8) Outside Advice
    a) any interactions between the Defendant and any state or federal DOL office or agent (excluding for the purpose of unemployment compensation).
    b) Advice sought from any professional (tax professional, accountant, lawyer etc.) regarding payment of employees

9) HR issues
    a) Hiring process
    b) Employee Lists / people missing from the lists

10) Plaintiff Sade Coker
    a) Hiring
    b) Onboarding
    c) Tasks Performed
    d) Compensation
    e) Separation

ANDERSONDODSON, P.C.
11 Broadway
Suite 615
New York, NY  10004
212.961.7639
www.andersondodson.com

*Coker v. Goldberg & Associates P.C., et al*
Case No. 1:21-CV-01803-JLR

30(b)(6) of Deposition
Page 7