April 6, 2023

*via electronic filing*

District Judge Jennifer L. Rochon
United States District Court
Southern District of New York
40 Foley Square
New York, NY 10007

      **Re:**    **Adjournment request Coker v. Goldberg & Associates P.C. et al; 1:21-cv-01803 -JLR**

Dear Judge Rochon:

We are writing to request an adjournment of the conference scheduled for April 10, 2023 due to the departure of one of the attorneys from the firm, and the fact that I, the other attorney with sufficient knowledge of the case, will be out of town and unavailable.

We reached out to plaintiff's counsel, but did they are not participating in this letter.

We are asking for a new date to be scheduled at the court's convenience. I will be away until April 21, 2023, which is the first date that I am available. I will also be available April 25, 2023 and May 4, 2023.

                Respectfully,

                T. Austin Brown, Esq.
                Of Counsel
                **Jones Law Firm, P.C.**
                1270 6th Avenue, 7th Floor
                New York, NY 10020
                (212) 258-0685
                bryce@joneslawnyc.com
                *Attorneys for Defendant*

Jones Law Firm P.C