April 6, 2023

*via electronic filing*

District Judge Jennifer L. Rochon
United States District Court
Southern District of New York
40 Foley Square
New York, NY 10007

      **Re:** Adjournment request Coker v. Goldberg & Associates P.C. et al; 1:21-cv-01803 -JLR

Dear Judge Rochon:

We are writing to request an adjournment of the conference scheduled for April 10, 2023 due to the departure of one of the attorneys from the firm, and the fact that I, the other attorney with sufficient knowledge of the case, will be out of town and unavailable.

We reached out to plaintiff's counsel, but did they are not participating in this letter.

We are asking for a new date to be scheduled at the court's convenience. I will be away until April 21, 2023, which is the first date that I am available. I will also be available April 25, 2023 and May 4, 2023.

The Court has considered both this letter and Plaintiff's letter in response. *See* ECF No. 70. IT IS HEREBY ORDERED that the April 11, 2023 pre-motion conference shall take place remotely, via Microsoft Teams. Counsel will receive log in credentials at the e-mail addresses listed on the docket. The public listen-only line may be accessed by dialing Toll-Free Number: 877-336-1831 | Access Code: 5583342.

Respectfully,

T. Austin Brown, Esq.
Of Counsel
**Jones Law Firm, P.C.**
1270 6th Avenue, 7th Floor
New York, NY 10020
(212) 258-0685
bryce@joneslawnyc.com
*Attorneys for Defendant*

Dated: April 7, 2023
      New York, New York

**SO ORDERED.**

*/s/ Jennifer Rochon*
**JENNIFER L. ROCHON**
**United States District Judge**