

April 20, 2023

Hon. Jennifer L. Rochon
United States Disctrict Court
Southern District of New York
40 Foley Square
New York, NY 10007
<u>Via ECF Only</u>

      Re:    *Coker v Goldberg & Associates P.C.* 1:21-cv-1803-JLR
           <u>Proposed Briefing Schedule for Plaintiff's Motion for Summary Judgment</u>

Your Honor:

Pursuant to your Order dated April 12, 2023 [Dkt. 75], we hereby submit the following proposed briefing schedule for Plaintiff's Motion for Summary Judgment:

      June 23, 2023 - Plaintiff's Motion for Summary Judgment Due

      3 weeks after motion – Defendants' Response to Plaintiff's Motion for Summary Judgment Due

      2 weeks after response - Plaintiff's Reply to Defendants' Response Due

I am asking for more time than is typical to initiate the process due to the extenuating personal circumstances I have previously mentioned. My hope is to get it in before the June 23, 2023 deadline but these days I particularly appreciate building in flexibility where possible, just in case.

Also, I intend to file a separate letter motion regarding Defendants' recent discovery production pursuant to the Orders at Dkt. 73. Based on certain deficiencies I intend to ask the Court to make certain inferences against Defendants and/or for other sanctions, which may have bearing on the summary judgment analysis. I intend to file this by no later than April 28.  Thank you.

              Sincerely,

              Penn Dodson, Esq.
              *penn@andersondodson.com*

**AndersonDodson, P.C.**
11 Broadway, Suite 615 | New York, New York 10004
14143 Denver West Parkway | Suite 100-50 | Golden, Colorado 80401
Tel: (212) 961-7639 | Fax: (646) 998-8051
www.AndersonDodson.com