

[9/26/20, 4:06:58 PM] Sade Coker: Messages and calls are end-to-end encrypted. No one outside of this chat, not even WhatsApp, can read or listen to them.
[9/26/20, 4:06:58 PM] 💕💕: Stuff to do
- [ ] Delucca poi
- [ ] Recharge organic Gatorade
- [ ] ███████████████████████████████
- [ ] ██████████████████████
- [ ] ██████████████████████
- [ ] █████████
- [ ] Drama of the gifted child Alice Miller
- [ ] The body never lies Alice Miller
- [ ] Check all fed lit
- [ ] Amex 1-800-874-2717
- [ ] New clients
- [ ] Passport cases
- [ ] ██████████████ wed apt wed 3pm
- [ ] ██████████████ set up phone meeting 2pm
- [ ] VAWA case
- [ ███████████████
   ████████████████████
- [ ] ██████████████████ social security and court case for family
- [ ] ██████ ████████████████████████████
- [ ] ████████████████
- [ ] ██████ $$ retain
- [ ] ████████@yahoo.com
- [ ] What happened with the call from immigration about ████████
   █████████████████ asking you to call him ████████████
- [ ] █████████████ child Atty
- [ ] OVP5522 Amex dispute
- [ ] I-130 TOL in box
- [ ] ██████████ social security and court case for family
- [ ] ██████ threat of litigation
- [ ] ██████ threat of litigation
- [ ] Calendars
- [ ] Status letter to court
- [ ] ██████████████████ Record was filed on 6/19
   - [ ] Review all employees briefs
- [ ] New attorney associations
- [ ] ████████
- [ ] Reretain cases
- [ ] Phone cases
- [ ] Find Mercedes
- [ ] Find TD
- [ ] Find Audi
- [ ] Find police report

- [ ] Organize house and basement
- [ ] New house
- [ ] ███████████████gmail.com
- [ ] Branding guy

Task to do
- [ ] 82 year old women
- [ ] Lawsuits  office
- [ ] Lawsuits personal
- [ ] Meet with clients
- [ ] Accounting
- [ ] Find micro /Coffee maker Michigan
- [ ] Amazon order finished
- [ ] Review evidence ████████
- [ ] Crba case
- [ ] ████████████████ asking you to call him ████████████
- [ ] – [ ] ████████████████████

[9/26/20, 4:07:59 PM] 💕💕: <attached: 00000003-PHOTO-2020-09-26-16-07-59.jpg>

[9/26/20, 4:07:59 PM] 💕💕: <attached: 00000004-PHOTO-2020-09-26-16-07-59.jpg>

[9/26/20, 4:14:17 PM] 💕💕: Phone list

[9/26/20, 4:14:28 PM] 💕💕: Colors and access on website fixed

[9/28/20, 8:13:03 AM] 💕💕: You are coming to the accounting office today not the main office

████████████████

[9/28/20, 8:13:20 AM] 💕💕: Good morning!
[9/28/20, 8:13:52 AM] Sade Coker: Good morning. Ok.
[9/28/20, 8:40:02 AM] Sade Coker: Woukd you happen to know the nearest subway?

[9/28/20, 8:43:16 AM] 💕💕: Do you have everybody's number yet because Lindsay does it all the time let me see if I can send you Lindsay's number

[9/28/20, 8:43:23 AM] 💕💕: I think she goes to the office first

[9/28/20, 8:44:24 AM] 💕💕: <attached: 00000013-PHOTO-2020-09-28-08-44-24.jpg>
[9/28/20, 12:52:45 PM] Sade Coker: Hey Julie just a reminder to register to vote today in Michigan. Is there a way I can do it online for you, perhaps?
[9/28/20, 12:55:16 PM] 💕💕: Yeah you can do it online for me but you're gonna have to get my Michigan drivers license number it starts with an L can you remind me when I get back to the house
[9/28/20, 12:55:34 PM] Sade Coker: Sure thing.
[9/28/20, 3:00:18 PM] Sade Coker: Do you have a username for this site? If so what's e username and password

[9/28/20, 3:00:39 PM] 💕💕: No never had an account
[9/28/20, 3:01:53 PM] Sade Coker: Ok what's your moms DOB?
[9/28/20, 3:03:23 PM] 💕💕: ██████████
[9/28/20, 3:03:28 PM] 💕💕: We have to look
[9/28/20, 3:04:43 PM] Sade Coker: Ok. I'll need it I order to make an account. Unless you want to use your info instead...
[9/28/20, 8:30:41 PM] Sade Coker: Your registration to vote in Michigan..?
[9/28/20, 8:31:08 PM] Sade Coker: Is tomorrow too late to do it?
[9/28/20, 8:42:13 PM] 💕💕: Idk what does the online say
[9/28/20, 8:44:17 PM] Sade Coker: You have until October 19th
[9/29/20, 1:19:58 PM] Sade Coker: Nabil says package won't arrive until Monday
[9/29/20, 1:20:02 PM] Sade Coker: That's too late right
[9/29/20, 1:20:11 PM] Sade Coker: It has to be there by tomorrow
[9/29/20, 1:20:17 PM] 💕💕: Yes way to late
[9/29/20, 1:20:30 PM] 💕💕: Send it over night
[9/29/20, 1:21:16 PM] Sade Coker: Says it's $450
[9/29/20, 1:21:18 PM] Sade Coker: That ok?
[9/29/20, 1:23:20 PM] Sade Coker: Is that ok? They're waiting...
[9/29/20, 1:23:44 PM] 💕💕: We have no choic w
[9/29/20, 1:23:46 PM] 💕💕: Send it
[9/29/20, 1:23:49 PM] 💕💕: Over night
[9/29/20, 1:23:52 PM] Sade Coker: Got it
[9/30/20, 10:30:51 AM] Sade Coker: Hi Julie what's the password to your Mac Book?
[9/30/20, 10:31:02 AM] 💕💕: Which one
[9/30/20, 10:32:39 AM] Sade Coker: The one I was using yesterday
[9/30/20, 10:32:51 AM] Sade Coker: I think it ends with ██████████
[9/30/20, 10:32:56 AM] Sade Coker: Something like that
[9/30/20, 10:53:25 AM] Sade Coker: Getting Michigan tax collector on the phone for you. What do you need me to discuss with them?
[9/30/20, 10:53:53 AM] 💕💕: Hey I need about two hours because they're not even open it's in California
[9/30/20, 10:54:45 AM] Sade Coker: Ooh ok thought it was for Michigan ok got it.
[9/30/20, 11:55:24 AM] Sade Coker: Got it scanned and ready to go. Who would you like me to send it to?
[9/30/20, 12:09:52 PM] 💕💕: Eric
[9/30/20, 12:39:25 PM] 💕💕: <attached: 00000049-AUDIO-2020-09-30-12-39-25.opus>
[9/30/20, 2:09:45 PM] 💕💕: Docket 95-██████████████████████ ██████████████████████████████.pdf • 11 pages
<attached: 00000050-Docket 95- Order Denying MFR Deferring the Ruling on the MSJ and Granting the Motion for Discovery.pdf>

[9/30/20, 2:09:51 PM] 💕💕: <attached: 00000051–
AUDIO–2020-09-30-14-09-50.opus>
[9/30/20, 6:24:21 PM] 💕💕: Huge problem
[9/30/20, 6:24:47 PM] 💕💕: 10:00 court
2:00 court
3:00 lawyer meeting
3:30 Megan doctor s
[9/30/20, 7:05:34 PM] 💕💕: Thursday at 3:30 pm
██████████       ██████

[9/30/20, 7:06:16 PM] 💕💕: Thursday at 5:00pm
██████████

[10/1/20, 6:21:42 AM] 💕💕: 9:00am to 10:00am
– [ ] Get staff situated
– [ ] Call Eric
– [ ] ████████████

10:00am to 12:00pm
– [ ] 
– [ ] ████████████████████████
– [ ] Email the mortgage brokers
– [ ] Accounting

12:00pm to 2:00pm
– [ ] ██████████████
– [ ] Drive to federal plaza
– [ ] Speak to client

2:00pm to 3:30pm
– [ ] Pick up Megan
– [ ] Drive to doctors

3:30pm to 5:00pm
– [ ] Megan doctors
– [ ] Drive to appointment with client.

5:00pm to 7:00pm
– [ ] Client Meeting at ████████████
[10/1/20, 6:22:42 AM] 💕💕: Going forward if we can have weekly
calendar meeting and than the night before text me my appointments for
the following day and make sure the office has brought me all the
files
[10/1/20, 6:34:29 AM] Sade Coker: You got it 👍🏾

[10/1/20, 6:35:01 AM] 💕💕: Thank you !!!
[10/1/20, 12:56:53 PM] Sade Coker: <attached: 00000060–
VIDEO–2020-10-01-12-56-53.mp4>

[10/1/20, 1:06:31 PM] 💕💕: Omg

[10/1/20, 1:06:40 PM] 💕💕: I for got to send you the stuff

[10/1/20, 1:07:31 PM] 💕💕: <attached: 00000063-AUDIO-2020-10-01-13-07-30.opus>

[10/1/20, 1:11:47 PM] 💕💕: <attached: 00000064-PHOTO-2020-10-01-13-11-46.jpg>

[10/1/20, 1:11:47 PM] 💕💕: <attached: 00000065-PHOTO-2020-10-01-13-11-46.jpg>

[10/1/20, 1:11:47 PM] 💕💕: <attached: 00000066-PHOTO-2020-10-01-13-11-46.jpg>

[10/1/20, 1:11:47 PM] 💕💕: <attached: 00000067-PHOTO-2020-10-01-13-11-46.jpg>

[10/1/20, 1:11:47 PM] 💕💕: <attached: 00000068-PHOTO-2020-10-01-13-11-46.jpg>

[10/1/20, 1:11:47 PM] 💕💕: <attached: 00000069-PHOTO-2020-10-01-13-11-46.jpg>

[10/1/20, 1:11:47 PM] 💕💕: <attached: 00000070-PHOTO-2020-10-01-13-11-46.jpg>

[10/1/20, 1:17:46 PM] 💕💕: <attached: 00000071-PHOTO-2020-10-01-13-17-46.jpg>

[10/1/20, 1:17:46 PM] 💕💕: <attached: 00000072-PHOTO-2020-10-01-13-17-46.jpg>

[10/1/20, 1:17:46 PM] 💕💕: <attached: 00000073-PHOTO-2020-10-01-13-17-46.jpg>

[10/1/20, 1:17:46 PM] 💕💕: <attached: 00000074-PHOTO-2020-10-01-13-17-46.jpg>

[10/1/20, 1:17:46 PM] 💕💕: <attached: 00000075-PHOTO-2020-10-01-13-17-46.jpg>

[10/1/20, 1:17:46 PM] 💕💕: <attached: 00000076-PHOTO-2020-10-01-13-17-46.jpg>

[10/1/20, 1:17:46 PM] 💕💕: <attached: 00000077-PHOTO-2020-10-01-13-17-46.jpg>

[10/1/20, 1:17:46 PM] 💕💕: <attached: 00000078-PHOTO-2020-10-01-13-17-46.jpg>

[10/1/20, 1:17:46 PM] 💕💕: <attached: 00000079-PHOTO-2020-10-01-13-17-46.jpg>

[10/1/20, 1:17:46 PM] 💕💕: <attached: 00000080-PHOTO-2020-10-01-13-17-46.jpg>

[10/1/20, 1:17:46 PM] 💕💕: <attached: 00000081-PHOTO-2020-10-01-13-17-46.jpg>

[10/1/20, 1:17:46 PM] 💕💕: <attached: 00000082-PHOTO-2020-10-01-13-17-46.jpg>

[10/1/20, 1:17:46 PM] 💕💕: <attached: 00000083-
PHOTO-2020-10-01-13-17-46.jpg>

[10/1/20, 1:17:46 PM] 💕💕: <attached: 00000084-
PHOTO-2020-10-01-13-17-46.jpg>

[10/1/20, 1:17:46 PM] 💕💕: <attached: 00000085-
PHOTO-2020-10-01-13-17-46.jpg>

[10/1/20, 1:17:46 PM] 💕💕: <attached: 00000086-
PHOTO-2020-10-01-13-17-46.jpg>

[10/1/20, 1:17:46 PM] 💕💕: <attached: 00000087-
PHOTO-2020-10-01-13-17-46.jpg>

[10/1/20, 1:17:46 PM] 💕💕: <attached: 00000088-
PHOTO-2020-10-01-13-17-46.jpg>

[10/1/20, 1:17:46 PM] 💕💕: <attached: 00000089-
PHOTO-2020-10-01-13-17-46.jpg>

[10/1/20, 1:19:10 PM] Sade Coker: Yes I have all of this from Chamma
including the 36 page clemency package. Been reading it and correcting
any grammatical errors on it. Also making sure I have everything in
place within the checklist

[10/1/20, 1:20:08 PM] Sade Coker: I only took a few photos to make a
draft video clip but I have like 40 pictures from Chamma already
including many video links that he sent as well

[10/1/20, 1:35:41 PM] 💕💕: <attached: 00000092-
PHOTO-2020-10-01-13-35-41.jpg>

[10/1/20, 1:36:02 PM] 💕💕: Please add that guide to the call list I
need to draft a letter for him is what I need to do I spoke to him but
now I need to draft a letter

[10/1/20, 1:36:40 PM] Sade Coker: You got it. Does this need to be
completed today?

[10/1/20, 1:37:24 PM] 💕💕: <attached: 00000095-
AUDIO-2020-10-01-13-37-23.opus>

[10/1/20, 1:38:35 PM] Sade Coker: Got it.

[10/1/20, 2:02:31 PM] 💕💕: Thx

[10/1/20, 3:34:47 PM] 💕💕: speak with ███████ in detail over Zoom?
or We have tomorrow at 11 am  PST time please put this apt in

[10/1/20, 4:41:45 PM] 💕💕: Some where in the house is Megan medical
records ████████████████████████ need them scanned ASAP

[10/1/20, 4:42:06 PM] Sade Coker: One sec I know where they are...

[10/1/20, 4:42:24 PM] 💕💕: Thx

[10/1/20, 4:49:38 PM] Sade Coker: Is see recurs from ███████████
█████████ hospital

[10/1/20, 4:49:49 PM] Sade Coker: But not ██████████

[10/1/20, 4:50:03 PM] 💕💕: I just got them today

[10/1/20, 4:50:09 PM] 💕💕: They aren't in those boxes

[10/1/20, 4:50:14 PM] 💕💕: They are pink

[10/1/20, 4:50:19 PM] 💕💕: I mean I got them Monday
[10/1/20, 4:50:41 PM] Sade Coker: Do you know where you left them...
[10/1/20, 4:50:44 PM] Sade Coker: Hallway?
[10/1/20, 4:51:16 PM] 💕💕: Maybe
[10/1/20, 4:51:19 PM] 💕💕: Or kitten
[10/1/20, 4:51:22 PM] 💕💕: Kitchen
[10/1/20, 4:51:25 PM] 💕💕: Or my room
[10/1/20, 4:51:38 PM] Sade Coker: Got it sending it now
[10/1/20, 4:51:45 PM] 💕💕: Thanks
[10/1/20, 4:55:21 PM] Sade Coker: You should get them now..
[10/1/20, 5:00:54 PM] 💕💕: Thx
[10/1/20, 5:07:04 PM] Sade Coker: Is there an email for ██████████ to
send him the Zoom details for your call tomorrow?
[10/1/20, 5:34:11 PM] 💕💕: Yes
[10/1/20, 5:35:52 PM] Sade Coker: Ok great send it whenever you have
the chance and I'll forward him the details for your call with him
tomorrow
[10/1/20, 5:38:56 PM] 💕💕: It's a she
[10/1/20, 5:39:11 PM] 💕💕: She sent it already
[10/1/20, 5:39:16 PM] 💕💕: I sent it to you
[10/1/20, 5:39:20 PM] Sade Coker: Yes just got your email ok I'm
adding to your calendar now
[10/1/20, 5:39:25 PM] 💕💕: Thx
[10/1/20, 5:39:57 PM] 💕💕: Now I expected that Gendel mistake of a
man not you 😂😂😂
[10/1/20, 5:40:04 PM] 💕💕: *gender
[10/1/20, 5:40:08 PM] Sade Coker: 😂😂😂
[10/1/20, 7:18:32 PM] 💕💕: Did you leave yet ?? If not I need to put
some clothes aside for us to be able to pick up and bring to me in the
hospital
[10/1/20, 7:28:28 PM] Sade Coker: Yes I did. Everyone left already
[10/1/20, 7:28:47 PM] 💕💕: Ok thx
[10/1/20, 7:29:13 PM] Sade Coker: Do you need me to call someone for
you or arrange something?
[10/1/20, 7:29:29 PM] 💕💕: No it's ok
[10/1/20, 7:29:32 PM] 💕💕: Thx
[10/1/20, 7:30:34 PM] Sade Coker: Ok but let me know if I can help in
any way!
[10/1/20, 7:34:16 PM] 💕💕: Any chance target let you order stuff
online so you could pick it out and I can send to be able to go pick
it up we're up in Norwalk Connecticut DER and I'm in a dress and it's
freezing

[10/1/20, 7:35:55 PM] Sade Coker: I'll find out and soon as I get in. Send a list of things you need
[10/1/20, 7:37:17 PM] Sade Coker: I'll call the one closest to you and find out what zip code are you in?
[10/1/20, 7:38:37 PM] 💕💕: Norwalk ct

Norwalk hospital
[10/1/20, 7:38:49 PM] Sade Coker: Ok
[10/1/20, 7:44:58 PM] Sade Coker: The Stamford Target has curbside pickup
[10/1/20, 7:45:38 PM] Sade Coker: Send me a list of what you need, I'll place the order and you can have Nabil pick it up
[10/1/20, 7:49:09 PM] 💕💕: I need:
I need
Black yoga pants
Sweat shirt
Tank top
Socks white
Slippers or slip on tennis shoes
[10/1/20, 7:52:01 PM] Sade Coker: Ok still underground but I'll order as soon as I get out and let you know. Should be no more than 20 minutes before I get out
[10/1/20, 7:52:25 PM] 💕💕: Ok sorry
[10/1/20, 7:54:00 PM] Sade Coker: Send me your sizes too please
[10/1/20, 7:54:09 PM] 💕💕: Medium
[10/1/20, 7:54:20 PM] Sade Coker: No worries I know you're worried sick
[10/1/20, 7:54:25 PM] Sade Coker: Gotcha
[10/1/20, 7:54:31 PM] 💕💕: Thank you
[10/1/20, 8:38:44 PM] Sade Coker: So unfortunately to do pick it takes four hours to process and none of the items won't be available for pick up until tomorrow
[10/1/20, 8:38:57 PM] 💕💕: Ok sending him now
[10/1/20, 8:39:03 PM] Sade Coker: I'm going to screenshot all the items you need to Nabil with item numbers
[10/1/20, 8:39:11 PM] Sade Coker: So that he can pick up your items
[10/1/20, 8:39:36 PM] 💕💕: Thx
[10/1/20, 8:39:41 PM] 💕💕: Send them to me
[10/1/20, 8:39:43 PM] 💕💕: Please
[10/1/20, 8:39:47 PM] Sade Coker: Will do
[10/1/20, 8:40:19 PM] Sade Coker: <attached: 00000159-PHOTO-2020-10-01-20-40-19.jpg>
[10/1/20, 8:40:38 PM] 💕💕: Perfect
[10/1/20, 8:41:58 PM] Sade Coker: <attached: 00000161-PHOTO-2020-10-01-20-41-58.jpg>
[10/1/20, 8:41:58 PM] Sade Coker: <attached: 00000162-PHOTO-2020-10-01-20-41-58.jpg>

[10/1/20, 8:43:46 PM] Sade Coker: <attached: 00000163-PHOTO-2020-10-01-20-43-46.jpg>
[10/1/20, 8:43:46 PM] Sade Coker: <attached: 00000164-PHOTO-2020-10-01-20-43-46.jpg>
[10/1/20, 8:44:10 PM] 💞💞: Great
[10/1/20, 8:44:12 PM] Sade Coker: What size shoes do you wear?
[10/1/20, 8:44:20 PM] 💞💞: 8 1/2
[10/1/20, 8:47:00 PM] Sade Coker: <attached: 00000168-PHOTO-2020-10-01-20-47-00.jpg>
[10/1/20, 8:47:00 PM] Sade Coker: <attached: 00000169-PHOTO-2020-10-01-20-47-00.jpg>
[10/1/20, 8:47:00 PM] Sade Coker: <attached: 00000170-PHOTO-2020-10-01-20-47-00.jpg>
[10/1/20, 8:47:00 PM] Sade Coker: <attached: 00000171-PHOTO-2020-10-01-20-47-00.jpg>
[10/1/20, 8:51:56 PM] Sade Coker: Need me to do anything else?
[10/1/20, 8:52:25 PM] 💞💞: No your amazing thanks for doing that
[10/1/20, 8:52:42 PM] 💞💞: I am freezing here and would not make it through the night
[10/1/20, 8:53:16 PM] Sade Coker: No problem. Please DO NOT hesitate to call or text me at any time if you need anything though!! I'm happy to help any way that I can
[10/1/20, 8:53:26 PM] Sade Coker: I hope Megan is ok!!
[10/1/20, 8:53:55 PM] 💞💞: Thank you I appreciate the help and kind words
[10/1/20, 8:54:12 PM] Sade Coker: You're very welcome. Hang in there ❤️❤️❤️
[10/1/20, 11:54:14 PM] Sade Coker: Getting ready to check out for the night. Are you settled ok? Anything I can do for you?
[10/2/20, 7:37:26 AM] 💞💞: Hey I don't know what to say about the data entry lady still no QuickBooks and of course the hospital issue. Let's have her start tomorrow
[10/2/20, 7:37:31 AM] 💞💞: Super super sorry
[10/2/20, 7:39:06 AM] 💞💞: If you could focus on ███ today we must file that by Saturday night
[10/2/20, 7:51:24 AM] Sade Coker: Good morning no worries. I actually spoke to her last night and told her she might have to start Monday and she understood but if you want her to come in tomorrow just to see and get the gist of things shes definitely available so let me know what you decide.
[10/2/20, 7:52:03 AM] Sade Coker: And yes I'll focus on his case all day. I have most of it done now it's just a matter of putting things in order and putting the final touches on it
[10/2/20, 8:24:10 AM] 💞💞: Thank you
[10/2/20, 8:24:27 AM] 💞💞: I sent you some more links and videos and stuff we can put in shamus written thing needs a lot more stuff so I'm

gonna try to work on that today after I review everybody's file
[10/2/20, 8:34:05 AM] 💕💕: I am thinking that she could start
Saturday because I could be there and go over stuff
[10/2/20, 8:45:04 AM] Sade Coker: Ok great I'll let her know.
[10/2/20, 8:46:49 AM] Sade Coker: Sounds good.
[10/2/20, 8:47:04 AM] 💕💕: Thx
[10/2/20, 10:31:30 AM] Sade Coker: Dahiana wants to know what time
you'd like here to be at the office tomorrow?
[10/2/20, 10:31:41 AM] Sade Coker: How's Megan doing? Is everything
ok?
[10/2/20, 10:43:56 AM] 💕💕: Can I let you know tonight
[10/2/20, 10:44:40 AM] Sade Coker: Sounds good.
[10/2/20, 10:44:49 AM] Sade Coker: Hope Megan is doing well.
[10/2/20, 9:54:53 PM] Sade Coker: Hey Julie I'm still at the office.
Is it ok if I take an Uber home tonight? Otherwise it'll take me hours
to get home..
[10/3/20, 7:29:18 AM] 💕💕: Omg of course when your late Uber and I
will
Cover it !!!
[10/3/20, 7:29:22 AM] 💕💕: Sorry
[10/3/20, 7:29:29 AM] 💕💕: I was dealing with Megan
[10/3/20, 7:30:29 AM] Sade Coker: Good morning. It's no worries and ok
thank you. Hope Megan is doing better
[10/3/20, 7:31:26 AM] 💕💕: Please tell me you took an Uber ? B
[10/3/20, 7:31:32 AM] 💕💕: She is so so
[10/3/20, 7:32:07 AM] Sade Coker: Ok that's good and yes I did. I
spoke with Lindsey and she told me you'd be ok with it.
[10/3/20, 7:33:33 AM] 💕💕: Oh great yes if your late like that I
cover the Uber
[10/3/20, 7:33:58 AM] Sade Coker: Got it. Ok thank you.
[10/3/20, 9:59:04 PM] 💕💕: So I'm really confused because we
discussed this on Thursday and you had agreed that you were working
Sunday. Also again today when I told you we call it quits for today I
told you I would see you tomorrow
[10/3/20, 10:03:46 PM] Sade Coker: From what I had understood I was to
come in today and that Lindsey was coming in on Sunday but I was not.
And when we spoke in the phone you said that you would work on it
tomorrow but not us as in you and I. this is what I was offering to
stay later today and continue working on the list because I was under
the impression that I was not coming in tomorrow I'm very sorry for
all of the confusion, I canceled on plans today to come to the office
but I absolutely cannot cancel on tomorrow's plans.
[10/3/20, 10:04:34 PM] 💕💕: You deleted this message.
[10/3/20, 10:05:33 PM] 💕💕: OK I'm not sure where the confusion is
because I know that you and Helen had a conversation about the fact
that you would come in both days.

Defendants' JLF086

And you mention to Lindsay said when she left I'll see you on Sunday
you're not seeing me tomorrow

so I don't know where the confusion is
[10/3/20, 10:05:58 PM] 💕💕: In fact we confirmed that you were
working both days in trading for other days
[10/3/20, 10:06:04 PM] Sade Coker: No Lindsey said see you Sunday to
you not to me. She even gave me a charger and said you can use it and
give it back to me when I see you on Monday because she just like I
thought that I was not coming in on Sunday
[10/3/20, 10:07:38 PM] 💕💕: OK also I just want to confirm because
you were supposed to come in tomorrow with your friend let's hold on
her right now
[10/3/20, 10:10:22 PM] Sade Coker: Ok I Will let her know
[10/4/20, 11:59:01 PM] 💕💕: Please be at the main office on broadway
at 8:30am tomorrow
[10/5/20, 6:04:11 AM] Sade Coker: Will do
[10/5/20, 7:12:30 AM] 💕💕: It has
[10/5/20, 7:12:33 AM] 💕💕: Thx
[10/5/20, 8:29:33 AM] 💕💕: Things to complete:
1. Print flow chart in color (fix printer)
2. Pile of stuff
3. Carpet
4. Printers
[10/5/20, 8:39:50 AM] Sade Coker: 1. Ok
2. Pile of stuff? Not sure what you mean..
3. Got it
4. What specifically do you need done with the printer, please
specify?
[10/5/20, 8:42:22 AM] 💕💕: Where are you ?
[10/5/20, 8:43:51 AM] Sade Coker: On the train at 181 there was a huge
delay... my apologies. Not knowing you'd want me at the office at 8:30
until this morning I woke up at my normal time instead of waking up
earlier..again my apologies
[10/5/20, 9:09:56 AM] Sade Coker: Staples does not have the ink
[10/5/20, 9:10:21 AM] Sade Coker: Send me the link for what you need
printed in color and I can print here at staples
[10/5/20, 9:17:44 AM] Sade Coker: Called you a few times. I'm at
staples and they do not have the specific ink for Sulay's printer but
I can print what you need here. Please send it to me so that I can
have it printed for you.
[10/5/20, 9:22:52 AM] 💕💕: <attached: 00000225-
AUDIO-2020-10-05-09-22-51.opus>
[10/5/20, 9:24:44 AM] Sade Coker: Got it
[10/5/20, 9:27:36 AM] 💕💕: <attached: 00000227-
AUDIO-2020-10-05-09-27-36.opus>

[10/5/20, 9:27:46 AM] Sade Coker: Ok
[10/5/20, 9:29:11 AM] 💕💕: <attached: 00000229-
AUDIO-2020-10-05-09-29-10.opus>
[10/5/20, 9:29:22 AM] 💕💕: <attached: 00000230-
AUDIO-2020-10-05-09-29-21.opus>
[10/5/20, 9:34:56 AM] Sade Coker: <attached: 00000231-
PHOTO-2020-10-05-09-34-56.jpg>
[10/5/20, 9:35:11 AM] Sade Coker: If they don't have the gray
cardstock you want is there another color you can use?
[10/5/20, 9:35:24 AM] 💕💕: White cars stock
[10/5/20, 9:35:33 AM] 💕💕: <attached: 00000234-
AUDIO-2020-10-05-09-35-33.opus>
[10/5/20, 9:37:26 AM] Sade Coker: <attached: 00000235-
PHOTO-2020-10-05-09-37-26.jpg>
[10/5/20, 9:37:49 AM] 💕💕: Great
[10/5/20, 9:37:56 AM] 💕💕: Print 15
[10/5/20, 9:38:08 AM] Sade Coker: Got it
[10/5/20, 9:48:03 AM] Sade Coker: At DD. A glazed donut and a chai two
latte right?
[10/5/20, 9:48:49 AM] Sade Coker: Iced or hot? Medium or large
[10/5/20, 12:18:56 PM] 💕💕: Things to complete:
1. Print flow chart in color (fix printer)
2. Resolve credit card machine
3. Ring central all ext
4. Carpet
5. Printers
6. Piles of stuff
[10/5/20, 2:20:10 PM] Sade Coker: Do you still need Dahiana to come to
the accounting office at 6 today?
[10/5/20, 2:20:46 PM] 💕💕: Have her call me I want to discuss her
experience before she comes
[10/5/20, 2:20:53 PM] Sade Coker: No problem
[10/5/20, 2:21:20 PM] Sade Coker: Would you like her resume by the way
[10/5/20, 2:21:29 PM] 💕💕: Yes please
[10/5/20, 2:22:01 PM] Sade Coker: Got it
[10/5/20, 2:24:35 PM] Sade Coker: What time would you like her to call
you?
[10/5/20, 3:06:06 PM] 💕💕: 10 mins would be good
[10/5/20, 3:09:11 PM] Sade Coker: Ok she's going to take a break and
call you at 3:20pm is that good?
[10/5/20, 3:17:55 PM] 💕💕: Ok
[10/5/20, 6:05:13 PM] Sade Coker: <attached: 00000252-
PHOTO-2020-10-05-18-05-13.jpg>
[10/5/20, 6:07:33 PM] 💕💕: <attached: 00000253-
AUDIO-2020-10-05-18-07-32.opus>

[10/5/20, 6:09:27 PM] Sade Coker: 👍🏽
[10/5/20, 6:18:48 PM] Sade Coker: The 315 ext is the Super Admin line. Are you sure you want me to assign that to Lindsey and 316 to Luis?
[10/5/20, 6:19:14 PM] Sade Coker: Or I can do 316 Lindsey and 317 which is still open and assign to Luis

[10/5/20, 6:22:24 PM] 💕💕: Super admin????

[10/5/20, 6:22:54 PM] 💕💕: <attached: 00000258-AUDIO-2020-10-05-18-22-53.opus>
[10/5/20, 6:22:54 PM] Sade Coker: Basically a Master Admin that's assigned to you to have control over all lines
[10/5/20, 6:23:53 PM] Sade Coker: 315 Lindsey
316 Luis
318 Super Admin
Got it

[10/5/20, 6:41:34 PM] 💕💕: <attached: 00000261-AUDIO-2020-10-05-18-41-33.opus>
[10/5/20, 6:41:59 PM] Sade Coker: Still at the office

[10/5/20, 6:42:20 PM] 💕💕: <attached: 00000263-AUDIO-2020-10-05-18-42-19.opus>
[10/5/20, 6:42:38 PM] Sade Coker: I'm free all night

[10/5/20, 6:42:39 PM] 💕💕: <attached: 00000265-AUDIO-2020-10-05-18-42-39.opus>
[10/5/20, 6:43:20 PM] Sade Coker: I'll be here as long as you need me. Should I take the bus an Uber or have Nabil get me?

[10/5/20, 6:47:40 PM] 💕💕: <attached: 00000267-AUDIO-2020-10-05-18-47-39.opus>

[10/5/20, 6:47:50 PM] Sade Coker: Ok 👍🏽

[10/5/20, 6:54:03 PM] 💕💕: Two thing
1. Tabs
2. Food yum Thai
2 red curry
1 green curry
2 pai thai
2 curry puff
2 Thai dumplings
2 papaya salad
[10/5/20, 6:56:13 PM] Sade Coker: Got it any drinks?

[10/5/20, 6:57:24 PM] 💕💕: Coke glass bottle
[10/5/20, 6:58:26 PM] Sade Coker: They only have can
[10/5/20, 6:58:49 PM] Sade Coker: They need your cRd number

[10/5/20, 6:58:50 PM] 💕💕: One plastic

[10/5/20, 6:59:02 PM] 💕💕: <attached: 00000275-AUDIO-2020-10-05-18-59-01.opus>
[10/5/20, 6:59:52 PM] Sade Coker: No I don't I put it back in your purse

[10/5/20, 7:00:05 PM] 💗💗: You deleted this message.
[10/5/20, 7:00:09 PM] 💗💗: You deleted this message.
[10/5/20, 7:00:26 PM] Sade Coker: Thanks you can delete it in 2 minutes
[10/5/20, 7:00:33 PM] 💗💗: Ok thx
[10/5/20, 7:02:08 PM] Sade Coker: Ok all good to delete
[10/6/20, 2:24:35 PM] Sade Coker: They don't have the ink. I'll have Zackaria order one for later and we'll take this one with us 👩🏾
[10/6/20, 2:33:39 PM] 💗💗: Thx
[10/7/20, 2:12:09 AM] Sade Coker: What time would you like me in the office tomorrow?
[10/7/20, 2:29:59 AM] Sade Coker: Unfortunately PDFs only have a limit of 1000 pages so this Clemency package will have to be be broken up into two parts and sent that way as well. ██████████ Pardon Package: Part 1 and 2
[10/7/20, 7:32:10 AM] Sade Coker: Please go to the hospital
[10/7/20, 7:34:43 AM] 💗💗: Let's say 2pm is that ok?

It looks great!!! Thank you —two parts is ok.

Please go to the hospital? Is everything ok —was that for Me?
[10/7/20, 9:03:09 AM] Sade Coker: Ok 2pm is good and ok great. And yes I'm good that was a reminder for you to go to the hospital in the morning. You asked me to remind you and gave me a folder
[10/7/20, 9:32:56 AM] 💗💗: Oh yes sorry !

[10/7/20, 4:48:47 PM] 💗💗: Can you send Someonw to get me milk  from garden gourme t
[10/7/20, 4:49:42 PM] Sade Coker: Got it
[10/7/20, 7:37:54 PM] Sade Coker: They don't do the binding that's you want
[10/7/20, 7:38:00 PM] Sade Coker: They do this..
[10/7/20, 7:38:19 PM] Sade Coker: <attached: 00000294-PHOTO-2020-10-07-19-38-19.jpg>
[10/7/20, 7:38:19 PM] Sade Coker: <attached: 00000295-PHOTO-2020-10-07-19-38-19.jpg>
[10/7/20, 7:38:19 PM] Sade Coker: <attached: 00000296-PHOTO-2020-10-07-19-38-19.jpg>
[10/7/20, 7:52:14 PM] Sade Coker: Ok now they're saying this will take about 9mins and they close at 9
[10/7/20, 7:53:11 PM] Sade Coker: Actually more than that since they have to manually put the binding holes in it
[10/8/20, 1:33:57 PM] Sade Coker: They Spicy chicken nuggets not tenders just FYI
[10/8/20, 1:40:43 PM] 💗💗: Yes

[10/8/20, 1:40:57 PM] 💗💗: <attached: 00000301-AUDIO-2020-10-08-13-40-57.opus>
[10/8/20, 1:55:46 PM] Sade Coker: What time do you need this one by?

[10/8/20, 2:54:40 PM] 💕💕: <attached: 00000303-
AUDIO-2020-10-08-14-54-39.opus>
[10/8/20, 2:57:15 PM] 💕💕: <attached: 00000304-
AUDIO-2020-10-08-14-57-14.opus>
[10/8/20, 4:01:44 PM] Sade Coker: Let me know when you're ready for
me....
[10/8/20, 4:01:49 PM] 💕💕: Now

[10/9/20, 12:05:07 AM] 💕💕: Hey I know it's super late but you'll be
out way earlier tomorrow... So can you come in at 11 because I've got
to finish the oven it's us to get it done with the court
[10/9/20, 12:09:22 AM] Sade Coker: Sure
[10/9/20, 12:16:06 AM] 💕💕: Thx
[10/9/20, 11:56:17 PM] Sade Coker: Just double checking what time did
you want me to be at the office tomorrow?
[10/10/20, 12:03:07 AM] 💕💕: 12pm

[10/10/20, 12:03:47 PM] 💕💕: I'm forwarding you a bunch of voice text
right now then I'm gonna need to put in Client IDs when you come in
[10/10/20, 12:03:57 PM] Sade Coker: Do you want me to hold on to a
copy so that this doesn't happen again?
[10/10/20, 12:04:17 PM] 💕💕: <attached: 00000314-
AUDIO-2020-10-10-12-04-17.opus>
[10/10/20, 12:04:17 PM] 💕💕: <attached: 00000315-
AUDIO-2020-10-10-12-04-17.opus>
[10/10/20, 12:04:17 PM] 💕💕: <attached: 00000316-
AUDIO-2020-10-10-12-04-17.opus>
[10/10/20, 12:04:17 PM] 💕💕: <attached: 00000317-
AUDIO-2020-10-10-12-04-17.opus>
[10/10/20, 12:04:17 PM] 💕💕: <attached: 00000318-
AUDIO-2020-10-10-12-04-17.opus>
[10/10/20, 12:04:17 PM] 💕💕: <attached: 00000319-
AUDIO-2020-10-10-12-04-17.opus>
[10/10/20, 12:04:17 PM] 💕💕: <attached: 00000320-
AUDIO-2020-10-10-12-04-17.opus>
[10/10/20, 12:04:17 PM] 💕💕: <attached: 00000321-
AUDIO-2020-10-10-12-04-17.opus>
[10/10/20, 12:04:17 PM] 💕💕: <attached: 00000322-
AUDIO-2020-10-10-12-04-17.opus>
[10/10/20, 12:04:17 PM] 💕💕: <attached: 00000323-
AUDIO-2020-10-10-12-04-17.opus>
[10/10/20, 12:04:17 PM] 💕💕: <attached: 00000324-
AUDIO-2020-10-10-12-04-17.opus>
[10/10/20, 12:04:17 PM] 💕💕: <attached: 00000325-
AUDIO-2020-10-10-12-04-17.opus>

[10/10/20, 12:04:17 PM] 💕💕: <attached: 00000326–AUDIO–2020–10–10–12–04–17.opus>

[10/10/20, 12:04:17 PM] 💕💕: <attached: 00000327–AUDIO–2020–10–10–12–04–17.opus>

[10/10/20, 4:21:31 PM] Sade Coker: Went to 5 different places and they don't sell fajitas any where

[10/10/20, 4:21:46 PM] Sade Coker: We got steak tacos though

[10/10/20, 4:22:26 PM] 💕💕: It's ok steak tacos are good With spicy sauce and sour cream

[10/10/20, 4:22:40 PM] Sade Coker: Ok good.

[10/10/20, 10:19:32 PM] 💕💕: First thing Monday we have to get five checks for $1000 each and send the overnight

[10/10/20, 10:19:34 PM] 💕💕: No problema. I just wanted to make sure you and you and I are ok. My address is

███████████████

No need to overnight it. If you want to talk I am here.

[10/11/20, 9:53:44 AM] 💕💕: Interesting video sent to me ...seems accurate did reach search but I can't over look the video having bunch on white males signing and directing it and I just get angry!! Agggg this election I know she are my struggle thought I would send the video

https://m.youtube.com/watch?feature=youtu.be&v=AXz3cidqUcI

[10/11/20, 9:56:15 AM] 💕💕: But he is going after cops and high officials –so confusing

[10/11/20, 10:01:23 AM] 💕💕: And they end with the wall and I again get pissed !

[10/11/20, 11:13:30 AM] Sade Coker: Ugh see this is my whole frustration with this election. It's by far the worst 🐵. The enemy we know is better than the enemy you don't know but this enemy is almost right up there with Hitler

[10/11/20, 11:14:15 AM] 💕💕: They both are horrible human beings!

[10/11/20, 11:15:06 AM] 💕💕: Basically we have two Devils running for office I don't like either one

[10/11/20, 11:16:58 AM] 💕💕: I don't know in the end I think I Have to do Biden instead of not voting ... and hopefully all the pressure and the protesting he will fucking wake up and be forced to make changes

[10/11/20, 12:14:26 PM] Sade Coker: Yes I'm hoping that's what happens otherwise he too is going to have a very short presidency!

[10/11/20, 12:34:04 PM] 💕💕: https://www.youtube.com/watch?v=_50tn7NOxTo

[10/11/20, 12:34:41 PM] 💕💕: I just watch this and I'm in the middle of watching another one I thought it was kind of interesting

perspective he gave some interesting questions to ask...

Btw this is one of the yogis I follow

[10/11/20, 12:35:44 PM] 💕💕: Like Which person is going to reduce the wars we involved ourselves in overseas.. he talked about not doing tribal voting but voting as  independence which is funny that's how we're doing it... He also talked about how both parties are really good at playing on everybody's fears and everybody needs to step back and look at facts

[10/11/20, 12:36:59 PM] 💕💕: Vote on competence not for a good person —aghhhh

[10/11/20, 12:57:07 PM] 💕💕: https://www.youtube.com/watch?v=ED3_KVnhuqA

[10/11/20, 1:42:08 PM] Sade Coker: Omg this man is a GURU!!  He's totally right. I wish we had competency as a factor for one of these candidates but unfortunately we don't 🙆🏽‍♀️🙆🏽‍♀️🙆🏽‍♀️

[10/11/20, 3:38:16 PM] 💕💕: Agreed I literally have spent all morning trying to find a non-biased source of information to get the bottom of the facts on issues that are super important to me to measure.

Weeding through all the bullshit interpretation is just impossible

[10/12/20, 5:59:01 PM] 💕💕: <attached: 00000349-AUDIO-2020-10-12-17-59-01.opus>

[10/12/20, 6:16:18 PM] 💕💕: <attached: 00000350-AUDIO-2020-10-12-18-16-17.opus>

[10/12/20, 6:19:17 PM] 💕💕: <attached: 00000351-AUDIO-2020-10-12-18-19-16.opus>

[10/12/20, 6:20:13 PM] 💕💕: <attached: 00000352-AUDIO-2020-10-12-18-20-13.opus>

[10/12/20, 6:20:35 PM] 💕💕: <attached: 00000353-AUDIO-2020-10-12-18-20-34.opus>

[10/12/20, 6:26:13 PM] 💕💕: <attached: 00000354-AUDIO-2020-10-12-18-26-12.opus>

[10/12/20, 6:42:02 PM] 💕💕: <attached: 00000355-AUDIO-2020-10-12-18-42-01.opus>

[10/12/20, 6:42:10 PM] 💕💕: <attached: 00000356-AUDIO-2020-10-12-18-42-10.opus>

[10/12/20, 6:42:24 PM] 💕💕: <attached: 00000357-AUDIO-2020-10-12-18-42-23.opus>

[10/12/20, 6:42:37 PM] 💕💕: <attached: 00000358-AUDIO-2020-10-12-18-42-36.opus>

[10/12/20, 6:42:54 PM] 💕💕: <attached: 00000359-AUDIO-2020-10-12-18-42-53.opus>

[10/12/20, 6:43:09 PM] 💕💕: <attached: 00000360-

AUDIO-2020-10-12-18-43-08.opus>
[10/12/20, 6:43:59 PM] 💕💕: <attached: 00000361-
AUDIO-2020-10-12-18-43-58.opus>
[10/12/20, 6:44:44 PM] 💕💕: <attached: 00000362-
AUDIO-2020-10-12-18-44-44.opus>
[10/12/20, 6:44:57 PM] 💕💕: <attached: 00000363-
AUDIO-2020-10-12-18-44-56.opus>
[10/12/20, 6:45:34 PM] 💕💕: <attached: 00000364-
AUDIO-2020-10-12-18-45-34.opus>
[10/12/20, 6:46:27 PM] 💕💕: <attached: 00000365-
AUDIO-2020-10-12-18-46-26.opus>
[10/12/20, 6:49:04 PM] 💕💕: <attached: 00000366-
AUDIO-2020-10-12-18-49-03.opus>
[10/12/20, 6:49:34 PM] 💕💕: <attached: 00000367-
AUDIO-2020-10-12-18-49-34.opus>
[10/12/20, 6:49:59 PM] 💕💕: <attached: 00000368-
AUDIO-2020-10-12-18-49-59.opus>
[10/12/20, 6:50:36 PM] 💕💕: <attached: 00000369-
AUDIO-2020-10-12-18-50-35.opus>
[10/12/20, 6:51:22 PM] 💕💕: <attached: 00000370-
AUDIO-2020-10-12-18-51-21.opus>
[10/12/20, 6:51:55 PM] 💕💕: <attached: 00000371-
AUDIO-2020-10-12-18-51-54.opus>
[10/12/20, 6:52:31 PM] 💕💕: <attached: 00000372-
AUDIO-2020-10-12-18-52-30.opus>
[10/12/20, 6:53:03 PM] 💕💕: <attached: 00000373-
AUDIO-2020-10-12-18-53-02.opus>
[10/12/20, 6:53:42 PM] 💕💕: <attached: 00000374-
AUDIO-2020-10-12-18-53-42.opus>
[10/12/20, 6:54:41 PM] 💕💕: <attached: 00000375-
AUDIO-2020-10-12-18-54-40.opus>
[10/12/20, 6:55:50 PM] 💕💕: <attached: 00000376-
AUDIO-2020-10-12-18-55-50.opus>
[10/12/20, 6:56:58 PM] 💕💕: <attached: 00000377-
AUDIO-2020-10-12-18-56-58.opus>
[10/12/20, 7:21:22 PM] 💕💕: <attached: 00000378-
AUDIO-2020-10-12-19-21-22.opus>
[10/12/20, 7:22:48 PM] 💕💕: <attached: 00000379-
AUDIO-2020-10-12-19-22-47.opus>
[10/12/20, 7:23:07 PM] 💕💕: <attached: 00000380-
AUDIO-2020-10-12-19-23-06.opus>
[10/12/20, 7:25:05 PM] 💕💕: <attached: 00000381-

AUDIO-2020-10-12-19-25-04.opus>
[10/12/20, 7:26:01 PM] 💕💕: <attached: 00000382-
AUDIO-2020-10-12-19-26-00.opus>
[10/12/20, 7:26:19 PM] 💕💕: <attached: 00000383-
AUDIO-2020-10-12-19-26-19.opus>
[10/12/20, 7:26:50 PM] 💕💕: <attached: 00000384-
AUDIO-2020-10-12-19-26-50.opus>
[10/12/20, 7:28:52 PM] 💕💕: <attached: 00000385-
AUDIO-2020-10-12-19-28-51.opus>
[10/12/20, 7:44:00 PM] 💕💕: <attached: 00000386-
AUDIO-2020-10-12-19-43-59.opus>
[10/12/20, 7:44:47 PM] 💕💕: <attached: 00000387-
AUDIO-2020-10-12-19-44-47.opus>
[10/12/20, 7:46:45 PM] 💕💕: <attached: 00000388-
AUDIO-2020-10-12-19-46-45.opus>
[10/12/20, 7:47:14 PM] 💕💕: <attached: 00000389-
AUDIO-2020-10-12-19-47-14.opus>
[10/12/20, 7:48:03 PM] 💕💕: <attached: 00000390-
AUDIO-2020-10-12-19-48-03.opus>
[10/12/20, 7:53:10 PM] 💕💕: <attached: 00000391-
AUDIO-2020-10-12-19-53-09.opus>
[10/13/20, 6:04:09 PM] 💕💕: <attached: 00000392-
AUDIO-2020-10-13-18-04-09.opus>
[10/13/20, 6:05:53 PM] 💕💕: <attached: 00000393-
AUDIO-2020-10-13-18-05-53.opus>
[10/13/20, 6:08:28 PM] 💕💕: <attached: 00000394-
AUDIO-2020-10-13-18-08-28.opus>
[10/13/20, 6:09:17 PM] 💕💕: <attached: 00000395-
AUDIO-2020-10-13-18-09-16.opus>
[10/13/20, 6:17:02 PM] 💕💕: <attached: 00000396-
AUDIO-2020-10-13-18-17-01.opus>
[10/13/20, 6:17:13 PM] 💕💕: <attached: 00000397-
AUDIO-2020-10-13-18-17-13.opus>
[10/13/20, 6:19:10 PM] 💕💕: <attached: 00000398-
AUDIO-2020-10-13-18-19-09.opus>
[10/13/20, 6:22:20 PM] 💕💕: <attached: 00000399-
AUDIO-2020-10-13-18-22-20.opus>
[10/13/20, 6:46:21 PM] 💕💕: <attached: 00000400-
AUDIO-2020-10-13-18-46-21.opus>
[10/13/20, 6:46:35 PM] 💕💕: <attached: 00000401-
AUDIO-2020-10-13-18-46-34.opus>
[10/13/20, 6:50:13 PM] 💕💕: <attached: 00000402-

```
AUDIO-2020-10-13-18-50-12.opus>
[10/13/20, 6:56:53 PM] 💕💕: <attached: 00000403-
AUDIO-2020-10-13-18-56-52.opus>
[10/13/20, 7:00:20 PM] 💕💕: <attached: 00000404-
AUDIO-2020-10-13-19-00-19.opus>
[10/13/20, 7:00:38 PM] 💕💕: <attached: 00000405-
AUDIO-2020-10-13-19-00-37.opus>
[10/13/20, 7:02:00 PM] 💕💕: <attached: 00000406-
AUDIO-2020-10-13-19-02-00.opus>
[10/13/20, 7:02:28 PM] 💕💕: <attached: 00000407-
AUDIO-2020-10-13-19-02-27.opus>
[10/13/20, 7:03:34 PM] 💕💕: <attached: 00000408-
AUDIO-2020-10-13-19-03-33.opus>
[10/13/20, 7:05:44 PM] 💕💕: <attached: 00000409-
AUDIO-2020-10-13-19-05-44.opus>
[10/13/20, 7:08:32 PM] 💕💕: <attached: 00000410-
AUDIO-2020-10-13-19-08-31.opus>
[10/13/20, 7:14:51 PM] 💕💕: <attached: 00000411-
AUDIO-2020-10-13-19-14-50.opus>
[10/13/20, 7:19:22 PM] 💕💕: <attached: 00000412-
AUDIO-2020-10-13-19-19-21.opus>
[10/13/20, 8:18:04 PM] 💕💕: <attached: 00000413-
AUDIO-2020-10-13-20-18-03.opus>
[10/13/20, 8:18:28 PM] 💕💕: <attached: 00000414-
AUDIO-2020-10-13-20-18-28.opus>
[10/13/20, 8:20:28 PM] 💕💕: <attached: 00000415-
AUDIO-2020-10-13-20-20-28.opus>
[10/13/20, 8:21:09 PM] 💕💕: <attached: 00000416-
AUDIO-2020-10-13-20-21-09.opus>
[10/13/20, 8:33:38 PM] 💕💕: <attached: 00000417-
AUDIO-2020-10-13-20-33-38.opus>
[10/13/20, 8:34:48 PM] 💕💕: <attached: 00000418-
AUDIO-2020-10-13-20-34-47.opus>
[10/13/20, 8:52:29 PM] 💕💕: <attached: 00000419-
AUDIO-2020-10-13-20-52-28.opus>
[10/13/20, 8:52:44 PM] 💕💕: <attached: 00000420-
AUDIO-2020-10-13-20-52-43.opus>
[10/13/20, 8:53:15 PM] 💕💕: <attached: 00000421-
AUDIO-2020-10-13-20-53-15.opus>
[10/13/20, 8:53:35 PM] 💕💕: <attached: 00000422-
AUDIO-2020-10-13-20-53-34.opus>
[10/13/20, 8:53:50 PM] 💕💕: <attached: 00000423-
```

```
AUDIO-2020-10-13-20-53-49.opus>
[10/13/20, 8:59:59 PM] 💕💕: <attached: 00000424-
AUDIO-2020-10-13-20-59-58.opus>
[10/13/20, 9:05:48 PM] 💕💕: <attached: 00000425-
AUDIO-2020-10-13-21-05-48.opus>
[10/13/20, 9:11:28 PM] 💕💕: <attached: 00000426-
AUDIO-2020-10-13-21-11-27.opus>
[10/13/20, 9:11:35 PM] 💕💕: <attached: 00000427-
AUDIO-2020-10-13-21-11-35.opus>
[10/13/20, 9:12:02 PM] 💕💕: <attached: 00000428-
AUDIO-2020-10-13-21-12-01.opus>
[10/13/20, 9:12:59 PM] 💕💕: <attached: 00000429-
AUDIO-2020-10-13-21-12-58.opus>
[10/13/20, 9:18:48 PM] 💕💕: <attached: 00000430-
AUDIO-2020-10-13-21-18-47.opus>
[10/13/20, 9:21:21 PM] 💕💕: <attached: 00000431-
AUDIO-2020-10-13-21-21-20.opus>
[10/13/20, 9:21:43 PM] 💕💕: <attached: 00000432-
AUDIO-2020-10-13-21-21-43.opus>
[10/13/20, 9:27:49 PM] 💕💕: <attached: 00000433-
AUDIO-2020-10-13-21-27-48.opus>
[10/13/20, 9:29:07 PM] 💕💕: <attached: 00000434-
AUDIO-2020-10-13-21-29-06.opus>
[10/13/20, 9:30:20 PM] 💕💕: <attached: 00000435-
AUDIO-2020-10-13-21-30-19.opus>
[10/13/20, 9:33:24 PM] 💕💕: <attached: 00000436-
AUDIO-2020-10-13-21-33-24.opus>
[10/13/20, 9:38:56 PM] 💕💕: <attached: 00000437-
AUDIO-2020-10-13-21-38-55.opus>
[10/13/20, 9:38:56 PM] 💕💕: <attached: 00000438-
AUDIO-2020-10-13-21-38-55.opus>
[10/13/20, 9:39:20 PM] 💕💕: <attached: 00000439-
AUDIO-2020-10-13-21-39-20.opus>
[10/13/20, 9:39:51 PM] 💕💕: <attached: 00000440-
AUDIO-2020-10-13-21-39-50.opus>
[10/13/20, 9:40:36 PM] 💕💕: <attached: 00000441-
AUDIO-2020-10-13-21-40-36.opus>
[10/13/20, 9:43:10 PM] 💕💕: <attached: 00000442-
AUDIO-2020-10-13-21-43-10.opus>
[10/13/20, 9:43:43 PM] 💕💕: <attached: 00000443-
AUDIO-2020-10-13-21-43-43.opus>
[10/13/20, 9:49:41 PM] 💕💕: <attached: 00000444-
```

AUDIO—2020—10—13—21—49—40.opus>
[10/13/20, 9:51:17 PM] 💕💕: <attached: 00000445—
AUDIO—2020—10—13—21—51—17.opus>
[10/13/20, 9:52:21 PM] 💕💕: <attached: 00000446—
AUDIO—2020—10—13—21—52—20.opus>
[10/13/20, 9:53:58 PM] 💕💕: <attached: 00000447—
AUDIO—2020—10—13—21—53—57.opus>
[10/13/20, 9:56:35 PM] 💕💕: <attached: 00000448—
AUDIO—2020—10—13—21—56—34.opus>
[10/13/20, 10:01:11 PM] 💕💕: <attached: 00000449—
AUDIO—2020—10—13—22—01—10.opus>
[10/14/20, 1:46:58 PM] 💕💕: Can you finish the ext lost and make me a
birthday list off all the staff

Then after that please try to get that file finished
[10/14/20, 1:47:29 PM] Sade Coker: Ok
[10/14/20, 1:47:42 PM] Sade Coker: Do you still need me to come into
your office?
[10/14/20, 1:47:50 PM] 💕💕: No it's good
[10/14/20, 1:47:57 PM] Sade Coker: Ok
[10/14/20, 1:48:10 PM] 💕💕: I didn't know you had gotten here yet so
I was going to use the desk 😂
[10/14/20, 9:14:01 PM] Sade Coker: <attached: 00000456—
AUDIO—2020—10—14—21—14—01.opus>
[10/14/20, 11:26:34 PM] Sade Coker: <attached: 00000457—
AUDIO—2020—10—14—23—26—34.opus>
[10/14/20, 11:29:07 PM] Sade Coker: Also just a reminder to bring
checks to the office Sulay and Kelbelin really need it
[10/14/20, 11:41:42 PM] 💕💕: You deleted this message.
[10/14/20, 11:41:45 PM] 💕💕: You deleted this message.
[10/14/20, 11:42:11 PM] 💕💕: We are probably traveling —what days
would it be?
[10/15/20, 12:17:49 AM] 💕💕: Need apt with In Los Angeles
1. ██  Monday
2. ██  —Sunday night
3. ██   Monday (also need hair from her
[10/15/20, 12:18:12 AM] 💕💕: Need flights booked to la Sunday on 3pm
Return wed
[10/15/20, 12:26:32 AM] Sade Coker: <attached: 00000464—
AUDIO—2020—10—15—00—26—32.opus>
[10/15/20, 12:27:36 AM] Sade Coker: <attached: 00000465—
AUDIO—2020—10—15—00—27—36.opus>
[10/15/20, 2:34:22 AM] 💕💕: You deleted this message.
[10/15/20, 2:36:15 AM] 💕💕: Need apt with In Los Angeles

1. ███████ Monday computer design
2. ███ —Sunday night —hair extensions
3. ███ Monday (also need hair from her) she need legal apt
4. Eye last lady Monday night )have her come to me
5. Sisters nails Tuesday lunch
6. Contractor

I can give you Sunday, 10/18 Monday, 10/19 Tuesday, 10/20Wednesday
10/21 next week and you can skip this week in Los Angeles —kids are
always awesome in my book would need you 10/22 and 10/23
[10/15/20, 8:47:07 AM] Sade Coker: Good morning ok I can take care of
the above appointments for you.


I appreciate those days off however they will not be helpful. My
friend flies on 10/23 and is returning on 10/27 which was I had
specified those days. Her kids will not have any adult supervision on
those days. The reason I had not mentioned this was because the
communication that I had with Lindsay and Helen was that you were
giving us all of next week off so I was just going to request us two
PTOs for 10/26 and 10/27. I can work on 10/19–10/21 so I don't mind
going to LA with you if you need me there or if not I can stay behind
and work from the offIce either one is fine but I specifically need
those other days. Is there no way around this?
[10/15/20, 9:53:59 AM] 💕💕: OK I think there's some confusion because
when I had said to them that I was going to give them a week off it
was directed to Helen, Luis  and Lindsay because they've been working
crazy hours long before you started and you just started so I'm not
sure how that confused.
[10/15/20, 10:24:43 AM] 💕💕: <attached: 00000470–
PHOTO–2020–10–15–10–24–43.jpg>
[10/15/20, 10:25:03 AM] 💕💕: I need this letter fixed ASAP
[10/15/20, 10:49:14 AM] Sade Coker: Ok I will fix it when I arrive.
I'm on my way.
[10/15/20, 12:03:03 PM] 💕💕: Where are you
[10/15/20, 12:03:56 PM] Sade Coker: On the train on my way should be
there in a half hour
[10/15/20, 12:11:09 PM] 💕💕: Ok
[10/15/20, 12:22:15 PM] Sade Coker: Hi Just sent you an email. Not
urgent but please take a look at it whenever you have some down time.
[10/15/20, 12:44:15 PM] 💕💕: Saw it great email
Let's talk tonight
[10/15/20, 2:22:05 PM] 💕💕: <attached: 00000478–
PHOTO–2020–10–15–14–22–05.jpg>
[10/15/20, 2:31:10 PM] Sade Coker: <attached: 00000479–
AUDIO–2020–10–15–14–31–10.opus>
[10/15/20, 2:31:55 PM] 💕💕: Come get cash from me

[10/15/20, 2:31:59 PM] Sade Coker: Ok

[10/15/20, 2:32:11 PM] 💕💕: Or send address I will get you a Lyft

[10/15/20, 2:32:26 PM] Sade Coker: 3030 Third Avenue, Bronx, NY 10455

[10/15/20, 2:34:23 PM] 💕💕: <attached: 00000484-PHOTO-2020-10-15-14-34-23.jpg>

[10/15/20, 2:34:29 PM] Sade Coker: Got it

[10/15/20, 2:37:10 PM] 💕💕: Get whatever supervisor you can show them everything

[10/15/20, 2:37:28 PM] Sade Coker: Will do 👍

[10/15/20, 2:40:43 PM] Sade Coker: Is the Lyft here? I don't see anyone yet..

[10/15/20, 2:43:11 PM] 💕💕: It there

[10/15/20, 2:43:08 PM] Sade Coker: Lyft hasn't arrived yet...

[10/15/20, 2:43:32 PM] 💕💕: <attached: 00000491-PHOTO-2020-10-15-14-43-32.jpg>

[10/15/20, 2:44:05 PM] 💕💕: <attached: 00000492-PHOTO-2020-10-15-14-44-05.jpg>

[10/15/20, 2:43:54 PM] Sade Coker: Ok he's 2 minutes away

[10/15/20, 2:44:16 PM] 💕💕: New car

[10/15/20, 2:44:34 PM] Sade Coker: Ok I'm in

[10/15/20, 2:44:40 PM] Sade Coker: I'll let you know how it all goes

[10/15/20, 2:44:44 PM] 💕💕: Thx

[10/15/20, 2:44:50 PM] 💕💕: 🤞🤞

[10/15/20, 4:36:27 PM] 💕💕: How is it going

[10/15/20, 4:44:14 PM] Sade Coker: <attached: 00000500-AUDIO-2020-10-15-16-44-14.opus>

[10/15/20, 4:44:19 PM] Sade Coker: <attached: 00000501-AUDIO-2020-10-15-16-44-19.opus>

[10/15/20, 4:45:29 PM] Sade Coker: <attached: 00000502-AUDIO-2020-10-15-16-45-29.opus>

[10/15/20, 5:09:41 PM] 💕💕: 🙏🙏🙏

[10/15/20, 5:09:55 PM] 💕💕: Thank so much !!

[10/15/20, 5:20:42 PM] Sade Coker: <attached: 00000505-AUDIO-2020-10-15-17-20-42.opus>

[10/15/20, 5:28:09 PM] Sade Coker: <attached: 00000506-AUDIO-2020-10-15-17-28-09.opus>

[10/15/20, 5:44:44 PM] 💕💕: Can play with clients is everything ok

[10/15/20, 5:46:54 PM] Sade Coker: No unfortunately we weren't able to get the waivers. Tax penalties can't be waiver by anyone not even a higher up. Even a judge couldn't sanction it. The most a judge could do is put a judgement on ███████ to pay the penalties but They would have to be paid regardless they cannot be waived.

[10/15/20, 5:51:05 PM] Sade Coker: Spoke with two reps and the supervisor but they couldn't do anything to help me even though they really wanted to help but it really was out of their hands

[10/15/20, 5:56:08 PM] 💕💕: Ok so what is the total
[10/15/20, 6:03:48 PM] Sade Coker: So $28,958.72 for Liebig and
$36,147,48
[10/15/20, 6:18:12 PM] 💕💕: Ok let's pay it

[10/15/20, 6:21:10 PM] 💕💕: Do you need a Uber
[10/15/20, 9:14:50 PM] Sade Coker: Ok I'm working on ███ I will need
█████'s contact details along with █████. Also the lady for your eye
(sorry is that an eye appointment?) and lastly your sisters numbers to
set up your nail appointments. Where do you normally go to get your
nails done so that I can call them and set up a time? Also what kind
of hair extensions do you want from █████? Does she already know?
[10/15/20, 9:19:59 PM] Sade Coker: Ok I set █████ for 12 and I texted
███ from your phone and mine, trying to set something up with him for
12:30 and I texted █████ from your phone for an 8pm Sunday
appointment.
[10/16/20, 12:01:47 PM] Sade Coker: Hi Julie. In the office today
anything you need to work on? We set Helene and Bob for Monday. I
believe you said you heard back from █████ about the appointment.
[10/16/20, 12:02:35 PM] 💕💕: I need to have someone color my hair
I'll explain when I get there I'll be there in about 20 minutes

[10/16/20, 12:03:04 PM] 💕💕: You know that very big list that I gave
you when you started and we put it together you can look on there and
maybe make a suggestion of what you're going to work on there
[10/16/20, 12:03:08 PM] Sade Coker: The contractor – give me the
details on that so that I can find you a good one out there.

Sisters nails and lunch – did you want to have a lunch date with your
sisters and get manicures? If so where do you like to go?
[10/16/20, 12:03:21 PM] Sade Coker: Ok got it

[10/16/20, 12:04:04 PM] 💕💕: Lol so Sister's nails is the nail place
next to my office it's the name of the place sorry I'm trying to
figure out timing right now.

So heads up when I go to LA it's like when I get everything done I put
my extensions in I normally get my eye brows waxed and eyes done and I
get my nails done it's kind a place I just got all my stuff done so
I'm trying to figure out how to balance it in between my appointments
[10/16/20, 12:05:25 PM] Sade Coker: Gotcha
[10/16/20, 12:06:05 PM] Sade Coker: Ok I'll take a look at your
calendar and see when you can squeeze in that time. You might have to
take calls while you're getting all of this done

[10/16/20, 12:14:45 PM] 💕💕: So my thought it

[10/16/20, 12:15:12 PM] 💕💕: Sunday night color my hair
Monday night extension
Tuesday what time is my court ?
[10/16/20, 12:23:16 PM] Sade Coker: Tuesday you have an 8am with ███
███ and an 11am with █████████.

[10/16/20, 12:23:36 PM] Sade Coker: You have about a 2 hour gap in between
[10/16/20, 12:24:06 PM] Sade Coker: And then you're calendar looks free for the rest of that day

[10/17/20, 12:54:36 AM] 💕💕: So I now have a huge issue because you made an appointment at noon and at 12:30 with ██ and you didn't put them in my calendar and now everybody's booked at my calendar and I was pretty clear when I said that ██ needed a two hour appointment from 12:30 to 2:30 and now it's not even possible because of the fact that they've looked at my calendar you can't make appointments for me and not put them in my calendar immediately

[10/17/20, 9:53:09 AM] Sade Coker: Yes I did make those appointments and with everything going on I had forgotten to put them on your calendar, I apologize. Do you need me to call and reschedule ██?
[10/17/20, 9:53:46 AM] Sade Coker: I will put ██ on your calendar now if you haven't done so already

[10/17/20, 10:37:56 AM] 💕💕: You deleted this message.

[10/17/20, 10:38:16 AM] 💕💕: I put them in

[10/17/20, 10:38:32 AM] 💕💕: <attached: 00000534-PHOTO-2020-10-17-10-38-32.jpg>
[10/17/20, 10:38:40 AM] Sade Coker: Ok. Those charges are for the food and drinks I got for you yesterday along with the paint

[10/17/20, 10:39:02 AM] 💕💕: Also this cars can't be used for personal remember?

Only business

[10/17/20, 10:39:12 AM] 💕💕: Card

[10/17/20, 10:39:36 AM] 💕💕: The food counts as personal —you can use capital one for personal or get cash from me
[10/17/20, 10:39:52 AM] Sade Coker: I figured the paint was for the office

[10/17/20, 10:40:02 AM] 💕💕: Paint if office

[10/17/20, 10:40:07 AM] 💕💕: Paint is office
[10/17/20, 10:40:09 AM] Sade Coker: And ok I though that since you were still working it counted as an office meal

[10/17/20, 10:40:10 AM] 💕💕: That was on

[10/17/20, 10:40:13 AM] 💕💕: Ok
[10/17/20, 10:40:17 AM] Sade Coker: I understand it now

[10/17/20, 11:56:07 AM] 💕💕: Can you just tell me what time my first appointment is today I'm afraid I might have a 12 o'clock if I do can you let them know I'm running 30 minutes late

[10/17/20, 11:56:13 AM] 💕💕: I ran quickly to get my nails done
[10/17/20, 12:07:16 PM] Sade Coker: Got it
[10/17/20, 12:08:28 PM] Sade Coker: Ok I called the client and let them know you were running a bit late but that you didn't forget about

them and that you'd call them at 12:30
[10/17/20, 12:08:44 PM] 💕💕: He's already in the office Sung is taking care of it
[10/17/20, 12:09:01 PM] Sade Coker: Ok
[10/17/20, 12:11:34 PM] 💕💕: Thx
[10/17/20, 12:38:20 PM] Sade Coker: Missed group voice call
[10/17/20, 1:10:04 PM] 💕💕: So heads up I am
Leaving Sunday to Wednesday amd there really is nothing for you do that can be done with out more training and supervision.

Additionally I know you need Wednesday to Saturday off so my thoughts are you can come back 10/26.
[10/17/20, 1:10:58 PM] 💕💕: Obviously all the late hours you worked will be added and go towards comp time
[10/17/20, 1:15:59 PM] Sade Coker: Ok so to clarify you're giving me Wednesday 10/21 – Sunday 10/25 off meaning I should return to work on Monday 10/26, correct?
[10/17/20, 1:16:47 PM] Sade Coker: And yes I agree definitely more training and I was hoping I could use Monday and Tuesday to get a lot of training done as well as a lot of the things on your To–Do list.
[10/17/20, 1:42:26 PM] 💕💕: Yes 10/26 return
[10/17/20, 1:42:42 PM] Sade Coker: Ok sounds good.
[10/17/20, 1:43:36 PM] 💕💕: Problem is there is no one to train you and you can't really get things done in my to do list without some training. Unfortunately I think there was a huge misunderstanding in what experience you actually had – but we're are going to figure it out! 💪
[10/17/20, 1:44:12 PM] Sade Coker: Yes we will.
[10/18/20, 1:15:20 PM] Sade Coker: AA INFO
AA NUMBER: ███████
password: J████████████
Phone number : (888) 847–7291
Julies security questions for AA
███████████████████████████████████████
███████████████████████████
[10/18/20, 1:15:37 PM] 💕💕: 😊
[10/20/20, 11:56:23 AM] Sade Coker: Hi Julie.████████ reaches out again. He says he messaged you about some remaining docs that you need.
[10/20/20, 12:10:15 PM] 💕💕: Calling hint ow
[10/20/20, 12:10:28 PM] Sade Coker: Ok
[10/23/20, 7:05:37 PM] 💕💕: Hey Sade hope you had a good break and  I hope you have a good weekend I'm delayed in Los Angeles until at least Wednesday so we should probably talk about what I can give you to work on
[10/23/20, 7:06:53 PM] Sade Coker: I Julie. Yes the break was good and

definitely needed thank you. And yes please feel free to send a detailed list of things that you'd like me to take care of for you next week and I'll work on them all. Hope LA is treating you well

[10/23/20, 7:07:25 PM] 💕💕: I will figure out on Sunday if I have stuff and let you know

[10/23/20, 7:24:27 PM] Sade Coker: Great 👍🏾

[10/27/20, 6:47:57 PM] Sade Coker: What's your flight number?

[10/27/20, 6:48:31 PM] 💕💕: <attached: 00000572-PHOTO-2020-10-27-18-48-30.jpg>

[10/27/20, 6:48:37 PM] 💕💕: Lax to jfk

[10/27/20, 6:48:40 PM] 💕💕: 9:30pm

[10/27/20, 6:48:45 PM] 💕💕: Tonight

[10/27/20, 6:48:52 PM] 💕💕: Call them they will find the flight t

[10/27/20, 6:48:56 PM] 💕💕: Put her in coach
[10/27/20, 6:50:23 PM] Sade Coker: Got it
[10/27/20, 6:52:21 PM] Sade Coker: The hold time is 30-40 minutes to get a rep. I'm going to look online and let you know what I find before I book anything
[10/27/20, 7:04:11 PM] Sade Coker: What's your other email

[10/27/20, 7:05:04 PM] 💕💕: What do you mean

[10/27/20, 7:05:13 PM] 💕💕: <attached: 00000582-AUDIO-2020-10-27-19-05-13.opus>
[10/27/20, 7:05:22 PM] Sade Coker: The email they have in file is not the current one
[10/27/20, 7:05:51 PM] Sade Coker: I have them on the line now I can do i just need the email

[10/27/20, 7:12:25 PM] 💕💕: No already booked
[10/27/20, 7:12:51 PM] Sade Coker: Ok

[10/27/20, 7:30:26 PM] 💕💕: <attached: 00000587-AUDIO-2020-10-27-19-30-25.opus>
[10/27/20, 7:32:02 PM] Sade Coker: I sent the information via certified mail so it definitely got there in time. I'm going to call the county first thing in the morning to check on the status.

[10/27/20, 7:39:18 PM] 💕💕: Ok thx
[10/28/20, 12:48:42 PM] Sade Coker: Hi Julie. Just wanted to give you a heads up. Been calling the Wayne County Clerks office to get your voter registration status and the number one the website leads to no one. It just rings and rings before it disconnects. I called all of the other numbers that I found on the website and was only able to reach one person who told me her department only handles birth and death certificates. She did give me a number to call but that also rang and rang before it disconnected. I've still been calling but I wanted to let you know what was going on
[10/28/20, 12:49:48 PM] Sade Coker: I tried to see if I could find the status online but the page keeps taking me to an error page so I can't

even find the status out that way
[10/28/20, 2:20:38 PM] Sade Coker: Ok you're registered! Good to vote
on the 3rd👍🏾
[10/28/20, 3:14:40 PM] 💕💕: Need a building appraiser and inspector
ASAP
[10/28/20, 3:14:44 PM] 💕💕: Please find one
[10/28/20, 3:16:01 PM] Sade Coker: On it
[10/28/20, 3:16:06 PM] 💕💕: Thx
[10/28/20, 3:16:13 PM] Sade Coker: Is this for NY, LA or Michigan?
[10/28/20, 3:16:19 PM] 💕💕: Ny
[10/28/20, 3:16:21 PM] 💕💕: The office
[10/28/20, 3:16:25 PM] Sade Coker: Got it
[10/28/20, 4:12:51 PM] Sade Coker: Appraisers:
NYC Real Estste Appraiser
$2,500
Turn around time is 2 weeks

Manhattan Real Estste Appraisals
$1,350
Turn around time is 7-10 days



Building Inspectors:
Accurate Building Inspectors
$1,200
24-48hrs

Inspection Gurus
$700 includes a termite inspection reports
24-48hrs
[10/28/20, 4:27:31 PM] 💕💕: Inspection gurus
[10/28/20, 4:28:15 PM] Sade Coker: All prices by the way are give or
take so they are subject to change FYI. When would you like them to
come in!
[10/28/20, 4:28:26 PM] 💕💕: Thursday
[10/28/20, 4:28:38 PM] Sade Coker: Got it. Any specific time?
[10/28/20, 4:31:22 PM] 💕💕: Only inspector
[10/28/20, 4:31:29 PM] 💕💕: Still looking for apraaier
[10/28/20, 4:32:55 PM] Sade Coker: Ok got it. Say 6pm? Maybe 7 when
everyone is gone
[10/28/20, 4:36:01 PM] 💕💕: Ok
[10/28/20, 4:37:09 PM] 💕💕: We also have to tell Eric to reach the
attorney MH do we have access to D restaurant in the basement
[10/28/20, 4:38:35 PM] Sade Coker: I don't think we do but I'll find
out from Sulay

[10/28/20, 4:48:55 PM] Sade Coker: According to Sulay you do not have any access
[10/28/20, 4:49:22 PM] Sade Coker: Also Ahmed mentioned that the landlord was here early today and is furious because he's been trying to reach you
[10/28/20, 5:00:04 PM] 💕💕: <attached: 00000614-AUDIO-2020-10-28-17-00-03.opus>
[10/28/20, 5:00:19 PM] 💕💕: <attached: 00000615-AUDIO-2020-10-28-17-00-18.opus>
[10/28/20, 5:53:06 PM] Sade Coker: Got it.
[10/28/20, 5:59:57 PM] Sade Coker: Ok Eric and I are working on that now
[10/28/20, 6:00:03 PM] Sade Coker: In the meantime
[10/28/20, 6:00:05 PM] Sade Coker: https://homeinspectiongurus.com/agreement/
[10/28/20, 6:01:47 PM] Sade Coker: This link is the agreement for the inspector and it needs to be completed. I'll do it for you but I want you to confirm that I should fill it out and also how you want me to pay. Also the price is $785 with the basement (I didn't include that in the original quote)
[10/28/20, 6:04:55 PM] Sade Coker: <attached: 00000621-PHOTO-2020-10-28-18-04-55.jpg>
[10/28/20, 7:25:52 PM] Sade Coker: Just following up, the appointment won't be confirmed until this form is completed and signed.
[10/28/20, 7:26:21 PM] 💕💕: What water and radon testing t
[10/28/20, 7:26:49 PM] 💕💕: Also can't give date and time until Eric arranges
[10/28/20, 7:26:51 PM] Sade Coker: Not sure what that is but I chose no for those options but if you'd like that included it's $50
[10/28/20, 7:27:02 PM] Sade Coker: Ok got it.
[10/28/20, 7:27:11 PM] 💕💕: Well Befoere I can answer you you're gonna need to find out what that is
[10/28/20, 7:27:52 PM] Sade Coker: Checking now...
[10/28/20, 7:29:50 PM] Sade Coker: Their response:
[10/28/20, 7:29:52 PM] Sade Coker: We check biological contamination in the water. We take a sample and check for those. Radon is invisible gas that is the second leading cause of lung cancer.
[10/28/20, 7:30:10 PM] 💕💕: So it's city water so that's a waste
[10/28/20, 7:30:24 PM] 💕💕: Where would the radon come from
[10/28/20, 7:36:00 PM] Sade Coker: Their response:
[10/28/20, 7:36:07 PM] Sade Coker: Radon is the breakdown of radioactive material in the Bedrock. It comes from under the ground. It has higher concentration on Bronx n Westchester versus the rest of New York City
[10/28/20, 7:36:24 PM] 💕💕: No to both
[10/28/20, 7:36:59 PM] Sade Coker: Copy
[10/28/20, 7:37:20 PM] 💕💕: No same day report eithe

[10/28/20, 7:37:33 PM] Sade Coker: How do you want to pay? They take all forms of payment including Zelle PayPal etc
[10/28/20, 7:37:42 PM] Sade Coker: Got it

[10/28/20, 7:37:53 PM] 💕💕: Do we have a date and time
[10/28/20, 7:38:42 PM] Sade Coker: Yes but only when I sign this agreement on your behalf. It will be confirmed for tomorrow at 7:30pm

[10/28/20, 7:39:05 PM] 💕💕: No you can't do that unless we have an agreement with the other side
[10/28/20, 7:39:25 PM] Sade Coker: Ok got it. Will wait to hear back from Eric about getting full access
[10/28/20, 7:39:49 PM] Sade Coker: I'm the mean time I'll let this company know what we will sign once we've gotten full access to the building
[10/28/20, 7:40:36 PM] Sade Coker: In∗ & that∗

[10/28/20, 7:41:55 PM] 💕💕: Thx
[10/29/20, 2:29:59 PM] Sade Coker: Voting Address:

Allendale Elementary
3201 Oakwood, Melvindale, MI 48122

313-389-4664


For any issues the City Clerks Office numbers is 313-429-1055 option 4 for Elections.

[10/29/20, 2:52:14 PM] 💕💕: You deleted this message.

[10/29/20, 2:52:43 PM] 💕💕: <attached: 00000649-AUDIO-2020-10-29-14-52-42.opus>

[10/29/20, 2:54:21 PM] 💕💕: <attached: 00000650-AUDIO-2020-10-29-14-54-21.opus>

[10/29/20, 2:54:32 PM] 💕💕: <attached: 00000651-AUDIO-2020-10-29-14-54-31.opus>

[10/29/20, 2:56:40 PM] 💕💕: <attached: 00000652-AUDIO-2020-10-29-14-56-40.opus>

[10/29/20, 2:57:35 PM] 💕💕: <attached: 00000653-AUDIO-2020-10-29-14-57-35.opus>

[10/29/20, 2:58:01 PM] 💕💕: <attached: 00000654-AUDIO-2020-10-29-14-58-00.opus>

[10/29/20, 3:04:43 PM] 💕💕: <attached: 00000655-AUDIO-2020-10-29-15-04-42.opus>

[10/29/20, 3:07:57 PM] 💕💕: <attached: 00000656-AUDIO-2020-10-29-15-07-57.opus>

[10/29/20, 3:10:25 PM] 💕💕: <attached: 00000657-AUDIO-2020-10-29-15-10-24.opus>

[10/29/20, 3:14:21 PM] 💕💕: <attached: 00000658-

AUDIO-2020-10-29-15-14-21.opus>

[10/29/20, 3:14:37 PM] 💕💕: <attached: 00000659-
AUDIO-2020-10-29-15-14-36.opus>

[10/29/20, 3:17:45 PM] 💕💕: <attached: 00000660-
AUDIO-2020-10-29-15-17-45.opus>

[10/29/20, 3:23:10 PM] 💕💕: <attached: 00000661-
AUDIO-2020-10-29-15-23-09.opus>

[10/29/20, 3:25:40 PM] 💕💕: <attached: 00000662-
AUDIO-2020-10-29-15-25-39.opus>

[10/29/20, 3:26:19 PM] 💕💕: <attached: 00000663-
AUDIO-2020-10-29-15-26-19.opus>

[10/29/20, 3:27:32 PM] 💕💕: <attached: 00000664-
AUDIO-2020-10-29-15-27-32.opus>

[10/29/20, 4:00:57 PM] 💕💕: <attached: 00000665-
AUDIO-2020-10-29-16-00-56.opus>

[10/29/20, 4:19:06 PM] 💕💕: <attached: 00000666-
AUDIO-2020-10-29-16-19-06.opus>

[10/29/20, 4:25:44 PM] 💕💕: <attached: 00000667-
AUDIO-2020-10-29-16-25-43.opus>

[10/29/20, 4:26:29 PM] 💕💕: <attached: 00000668-
AUDIO-2020-10-29-16-26-29.opus>

[10/29/20, 4:44:23 PM] 💕💕: https://www.arabnews.com/node/1558176/
saudi-arabia

[10/29/20, 4:44:23 PM] 💕💕: https://www.google.com/amp/s/
www.timesofisrael.com/saudi-arabia-defangs-religious-police-but-plans-
to-enforce-decency/amp/

[10/29/20, 4:44:23 PM] 💕💕: https://www.google.com/amp/s/
www.washingtonpost.com/news/monkey-cage/wp/2017/08/16/saudi-arabia-is-
moving-to-rein-in-its-religious-police-sort-of/%3foutputType=amp

[10/29/20, 4:44:23 PM] 💕💕: https://www.arabnews.com/node/1076321/
saudi-arabia

[10/29/20, 6:05:08 PM] 💕: <attached: 00000673-
AUDIO-2020-10-29-18-05-07.opus>

[10/29/20, 6:05:37 PM] 💕💕: <attached: 00000674-
AUDIO-2020-10-29-18-05-37.opus>

[10/29/20, 6:05:55 PM] 💕💕: <attached: 00000675-
AUDIO-2020-10-29-18-05-55.opus>

[10/29/20, 6:06:51 PM] 💕💕: <attached: 00000676-
AUDIO-2020-10-29-18-06-51.opus>

[10/29/20, 6:09:28 PM] 💕💕: <attached: 00000677-
AUDIO-2020-10-29-18-09-27.opus>

[10/30/20, 11:43:54 AM] Sade Coker: I know you don't have access to
the roof and basement which is what me and Eric are working on now but

do you have access to the second floor and the store front?
[10/30/20, 11:49:20 AM] 💕💕: F
No
[10/30/20, 11:49:28 AM] 💕💕: The only thing I have access to is my
third floor
[10/30/20, 11:55:05 AM] Sade Coker: I figured. Ok just wanted to
confirm
[10/30/20, 12:27:53 PM] 💕💕: <attached: 00000682-
AUDIO-2020-10-30-12-27-52.opus>
[10/30/20, 12:29:34 PM] 💕💕: <attached: 00000683-
AUDIO-2020-10-30-12-29-33.opus>
[10/30/20, 12:29:40 PM] 💕💕: <attached: 00000684-
AUDIO-2020-10-30-12-29-40.opus>
[10/30/20, 12:38:10 PM] 💕💕: <attached: 00000685-
AUDIO-2020-10-30-12-38-09.opus>
[10/30/20, 12:38:23 PM] 💕💕: <attached: 00000686-
AUDIO-2020-10-30-12-38-22.opus>
[10/30/20, 12:44:26 PM] 💕💕: <attached: 00000687-
AUDIO-2020-10-30-12-44-25.opus>
[10/30/20, 2:15:34 PM] 💕💕: <attached: 00000688-
AUDIO-2020-10-30-14-15-33.opus>
[10/30/20, 2:46:17 PM] Sade Coker: Eric was able to get in contact
with the young lady who will be coming in on the Landlord's behalf to
give us access to all floors including the roof and basement. Just
need your confirmation that it is ok to set up the Building Inspection
and your method of payment for the inspection. Also need you to select
the appraiser that you'd like. I'll send over the quotes again for you
to make your selection. We're trying to have both of these
appointments scheduled for the same day on November 7th
[10/30/20, 2:46:29 PM] Sade Coker: Appraisers:
NYC Real Estste Appraiser
$2,500
Turn around time is 2 weeks

Manhattan Real Estste Appraisals
$1,350
Turn around time is 7-10 days
[10/30/20, 3:33:29 PM] 💕💕: <attached: 00000691-
AUDIO-2020-10-30-15-33-28.opus>
[10/30/20, 3:34:28 PM] 💕💕: <attached: 00000692-
AUDIO-2020-10-30-15-34-27.opus>
[10/30/20, 3:34:54 PM] 💕💕: <attached: 00000693-
AUDIO-2020-10-30-15-34-54.opus>
[10/30/20, 3:37:16 PM] 💕💕: <attached: 00000694-
AUDIO-2020-10-30-15-37-16.opus>

```
[10/30/20, 3:37:33 PM] 💕💕: <attached: 00000695-
AUDIO-2020-10-30-15-37-33.opus>
[10/30/20, 3:39:49 PM] 💕💕: <attached: 00000696-
AUDIO-2020-10-30-15-39-48.opus>
[10/30/20, 3:40:21 PM] 💕💕: <attached: 00000697-
AUDIO-2020-10-30-15-40-21.opus>
[10/30/20, 3:46:19 PM] 💕💕: <attached: 00000698-
AUDIO-2020-10-30-15-46-18.opus>
[10/30/20, 3:50:15 PM] 💕💕: <attached: 00000699-
AUDIO-2020-10-30-15-50-14.opus>
[10/30/20, 3:51:34 PM] 💕💕: <attached: 00000700-
AUDIO-2020-10-30-15-51-34.opus>
[10/30/20, 3:52:04 PM] 💕💕: <attached: 00000701-
AUDIO-2020-10-30-15-52-03.opus>
[10/30/20, 3:55:07 PM] 💕💕: <attached: 00000702-
AUDIO-2020-10-30-15-55-07.opus>
[10/30/20, 4:19:54 PM] 💕💕: <attached: 00000703-
AUDIO-2020-10-30-16-19-53.opus>
[10/30/20, 4:22:12 PM] 💕💕: <attached: 00000704-
AUDIO-2020-10-30-16-22-11.opus>
[10/30/20, 4:30:45 PM] 💕💕: <attached: 00000705-
AUDIO-2020-10-30-16-30-45.opus>
[10/30/20, 4:30:58 PM] 💕💕: <attached: 00000706-
AUDIO-2020-10-30-16-30-57.opus>
[10/30/20, 4:31:22 PM] 💕💕: <attached: 00000707-
AUDIO-2020-10-30-16-31-21.opus>
[10/30/20, 4:34:09 PM] 💕💕: <attached: 00000708-
AUDIO-2020-10-30-16-34-08.opus>
[10/30/20, 4:34:25 PM] 💕💕: <attached: 00000709-
AUDIO-2020-10-30-16-34-24.opus>
[10/30/20, 4:35:58 PM] 💕💕: <attached: 00000710-
AUDIO-2020-10-30-16-35-58.opus>
[10/30/20, 4:37:11 PM] 💕💕: <attached: 00000711-
AUDIO-2020-10-30-16-37-10.opus>
[10/30/20, 4:39:08 PM] 💕💕: <attached: 00000712-
AUDIO-2020-10-30-16-39-07.opus>
[10/30/20, 5:00:15 PM] 💕💕: <attached: 00000713-
AUDIO-2020-10-30-17-00-15.opus>
[10/30/20, 5:04:26 PM] 💕💕: <attached: 00000714-
AUDIO-2020-10-30-17-04-26.opus>
[10/30/20, 5:06:13 PM] 💕💕: <attached: 00000715-
AUDIO-2020-10-30-17-06-12.opus>
```

[10/30/20, 5:06:24 PM] 💕💕: <attached: 00000716-
AUDIO-2020-10-30-17-06-23.opus>
[10/30/20, 5:18:58 PM] 💕💕: <attached: 00000717-
AUDIO-2020-10-30-17-18-57.opus>
[10/30/20, 5:19:06 PM] 💕💕: <attached: 00000718-
AUDIO-2020-10-30-17-19-06.opus>
[10/30/20, 5:20:59 PM] 💕💕: <attached: 00000719-
AUDIO-2020-10-30-17-20-58.opus>
[10/30/20, 5:22:02 PM] 💕💕: <attached: 00000720-
AUDIO-2020-10-30-17-22-01.opus>
[10/30/20, 5:23:30 PM] 💕💕: <attached: 00000721-
AUDIO-2020-10-30-17-23-30.opus>
[10/30/20, 5:30:46 PM] 💕💕: <attached: 00000722-
AUDIO-2020-10-30-17-30-46.opus>
[10/30/20, 5:32:17 PM] 💕💕: <attached: 00000723-
AUDIO-2020-10-30-17-32-17.opus>
[10/30/20, 5:33:37 PM] 💕💕: <attached: 00000724-
AUDIO-2020-10-30-17-33-36.opus>
[10/30/20, 5:40:20 PM] 💕💕: <attached: 00000725-
AUDIO-2020-10-30-17-40-20.opus>
[10/30/20, 5:42:04 PM] 💕💕: <attached: 00000726-
AUDIO-2020-10-30-17-42-03.opus>
[10/30/20, 5:43:16 PM] 💕💕: <attached: 00000727-
AUDIO-2020-10-30-17-43-16.opus>
[10/30/20, 5:44:14 PM] 💕💕: <attached: 00000728-
AUDIO-2020-10-30-17-44-13.opus>
[10/30/20, 5:44:42 PM] 💕💕: <attached: 00000729-
AUDIO-2020-10-30-17-44-41.opus>
[10/30/20, 5:51:06 PM] 💕💕: <attached: 00000730-
AUDIO-2020-10-30-17-51-06.opus>
[10/30/20, 5:51:59 PM] 💕💕: <attached: 00000731-
AUDIO-2020-10-30-17-51-59.opus>
[10/30/20, 5:52:36 PM] 💕💕: <attached: 00000732-
AUDIO-2020-10-30-17-52-36.opus>
[10/30/20, 5:53:35 PM] 💕💕: <attached: 00000733-
AUDIO-2020-10-30-17-53-35.opus>
[10/30/20, 5:54:53 PM] 💕💕: <attached: 00000734-
AUDIO-2020-10-30-17-54-53.opus>
[10/30/20, 5:56:38 PM] 💕💕: <attached: 00000735-
AUDIO-2020-10-30-17-56-37.opus>
[10/30/20, 6:00:07 PM] 💕💕: <attached: 00000736-
AUDIO-2020-10-30-18-00-07.opus>

[10/30/20, 6:01:05 PM] 💕💕: <attached: 00000737-
AUDIO-2020-10-30-18-01-04.opus>
[10/30/20, 6:03:07 PM] 💕💕: <attached: 00000738-
AUDIO-2020-10-30-18-03-07.opus>
[10/30/20, 6:04:30 PM] 💕💕: <attached: 00000739-
AUDIO-2020-10-30-18-04-30.opus>
[10/30/20, 6:07:12 PM] 💕💕: <attached: 00000740-
AUDIO-2020-10-30-18-07-12.opus>
[10/30/20, 6:07:37 PM] 💕💕: <attached: 00000741-
AUDIO-2020-10-30-18-07-37.opus>
[10/30/20, 6:08:19 PM] 💕💕: <attached: 00000742-
AUDIO-2020-10-30-18-08-18.opus>
[10/30/20, 6:13:11 PM] 💕💕: <attached: 00000743-
AUDIO-2020-10-30-18-13-10.opus>
[10/30/20, 6:16:10 PM] 💕💕: <attached: 00000744-
AUDIO-2020-10-30-18-16-10.opus>
[10/30/20, 6:18:20 PM] 💕💕: <attached: 00000745-
AUDIO-2020-10-30-18-18-20.opus>
[10/30/20, 6:20:11 PM] 💕💕: <attached: 00000746-
AUDIO-2020-10-30-18-20-11.opus>
[10/30/20, 6:22:49 PM] 💕💕: <attached: 00000747-
AUDIO-2020-10-30-18-22-49.opus>
[10/30/20, 6:30:12 PM] 💕💕: <attached: 00000748-
AUDIO-2020-10-30-18-30-11.opus>
[10/30/20, 6:30:27 PM] 💕💕: <attached: 00000749-
AUDIO-2020-10-30-18-30-27.opus>
[10/30/20, 6:32:07 PM] 💕💕: <attached: 00000750-
AUDIO-2020-10-30-18-32-07.opus>
[10/30/20, 6:33:17 PM] 💕💕: <attached: 00000751-
AUDIO-2020-10-30-18-33-16.opus>
[10/30/20, 6:36:10 PM] 💕💕: <attached: 00000752-
AUDIO-2020-10-30-18-36-10.opus>
[10/30/20, 6:39:48 PM] 💕💕: <attached: 00000753-
AUDIO-2020-10-30-18-39-47.opus>
[10/30/20, 6:41:43 PM] 💕💕: You deleted this message.
[10/30/20, 6:42:11 PM] 💕💕: <attached: 00000755-
AUDIO-2020-10-30-18-42-10.opus>
[10/30/20, 6:43:21 PM] 💕💕: <attached: 00000756-
AUDIO-2020-10-30-18-43-20.opus>
[10/30/20, 6:44:04 PM] 💕💕: <attached: 00000757-
AUDIO-2020-10-30-18-44-03.opus>
[11/1/20, 12:37:32 AM] Sade Coker: Hi Julie

[11/1/20, 12:37:38 AM] Sade Coker: <attached: 00000759-PHOTO-2020-11-01-00-37-38.jpg>
[11/1/20, 12:37:55 AM] Sade Coker: I am just seeing this hit my account and this amount does not look right
[11/1/20, 12:39:36 AM] Sade Coker: Could it be that the payment was broken up and I will be receiving the rest on Monday perhaps?

[11/1/20, 12:44:04 AM] 💕💕: It should have not been broken up —I will ask Megan
[11/1/20, 12:44:41 AM] Sade Coker: Ok great thank you.
[11/1/20, 12:29:08 PM] Sade Coker: Good morning. I checked my account this morning and did not see the additional funds added that I am owed. How soon can we have this issue resolved?

[11/1/20, 12:48:58 PM] 💕💕: So I'm not sure that you are due additional funds it is the weekend and I have a big case the best thing to do is to email HR and she will resolve it
[11/1/20, 12:50:39 PM] Sade Coker: I'm sorry I'm not due additional funds after working 145 hours?

[11/1/20, 12:50:58 PM] 💕💕: Once again this is an HR matter please email her you were placed on Sahoury you got your offer letter and she has your paystub in the time.

[11/1/20, 12:51:04 PM] 💕💕: Salary

[11/1/20, 12:51:44 PM] 💕💕: I am assuming you have another check coming after this one what I know is this should've been the pay period for
10/1 to 10/15
[11/1/20, 12:51:45 PM] Sade Coker: I worked late nights and weekends or you Julie and I even sent a break down of this to HR so they have it. This doesn't make sense at all

[11/1/20, 12:51:51 PM] 💕💕: We have never not paid anybody ever please reach out to HR

[11/1/20, 12:52:11 PM] 💕💕: I don't do hours I don't do payroll it's all handled through her there's a salary and you were on salary and she will for sure handle it
[11/1/20, 12:53:57 PM] Sade Coker: <attached: 00000773-PHOTO-2020-11-01-12-53-57.jpg>

[11/1/20, 12:55:24 PM] 💕💕: Once again I'm going to ask you for the third time to please contact HR and resolve it with her it's not some thing I handle
[11/1/20, 12:56:13 PM] Sade Coker: Who is this person that I contact at HR Julie?!
[11/1/20, 12:56:25 PM] Sade Coker: You blocked this contact

Defendants' JLF113