## Audio file

AUDIO-2023-04-17-15-53-47.m4a

## Transcript

No, that's not what they're.

Asking please call me.

Please call me.

## Audio file

AUDIO-2023-04-17-16-09-10.m4a

## Transcript

I'm sharing the Google doc with you, but I want to tell you I need to make sure that you don't print it with the grid lines.

I don't want the grid lines, so maybe print one and send a picture and it has to have the Gray background and it needs to be centered on-on card stock, it needs to be centered on card stock.

## Audio file

AUDIO-2023-04-17-16-12-20.m4a

## Transcript

OK, it's done. Thank you.

## Audio file

AUDIO-2023-04-17-16-12-20(1).m4a

## Transcript

Making a couple of changes, so give me one minute.

Audio file
AUDIO-2023-04-17-16-12-21.m4a

Transcript
Use white card stock, not Gray card stock, white card stock.

Audio file
AUDIO-2023-04-17-16-17-12.m4a

Transcript
315 should not be the Super admin. We need to change it. Why don't you make 318 the Super admin for now

Audio file
AUDIO-2023-04-17-16-22-38.m4a

Transcript
I'm going to send Nabeel to come pick you up

Audio file
AUDIO-2023-04-17-16-23-42.m4a

Transcript
Do you have my card from earlier when you went to get the stuff or no?

Audio file
AUDIO-2023-04-17-16-25-44.m4a

Transcript
Is coming with something that needs to be bound. You're going to hand him the Wendy so he can run it back to me, and then you're going to take that package to Staples. Pick up the one, and drop off the new one. I need it done the same way.

Audio file

AUDIO-2023-04-17-16-28-36.m4a

Transcript

And even more frustrating is that it was sent to the national Visa Center, and that is not where these go. They go directly to Djibouti, so I'm in the process right now with Helen. We sending the e-mail to the Djibouti and cut and pasting the e-mail as well as the response from the MVC into the file. But this is just really sloppy.

Audio file

AUDIO-2023-04-17-16-29-45.m4a

Transcript

(one second, no clear words)

Audio file

AUDIO-2023-04-17-16-30-31.m4a

Transcript

In Sharma's calendar. Sorry, I misspoke.

Audio file

AUDIO-2023-04-17-16-32-13.m4a

Transcript

Into the above. I had a note that went in a little bit late, but she's already got an interview so you can disregard my below email.

## Audio file

AUDIO-2023-04-17-16-37-52.m4a

## Transcript

Hey, Julie. So it's just come to my attention that I actually haven't spoken to you about this. So I know that you'd mentioned to the girls that you'd give us next week off just for working all of these crazy hours. So I had-- I had made plans for a friend who is traveling. She had an emergency and she. Had to travel to Florida. She can't take her kids with her, obviously, for COVID reasons and school they have to do school too. So I agreed to to stay with her that we can watch her children. But I know a few things tend to change, like your schedule tends to change a lot. So I just wanted to confirm if that was still the case, because I I hear that you're we're. You or we, I'm not even sure if I'm going, but you're we're supposed to be going to LA next week, so just let me know exactly what's going on so that I could see what I can do for my friend. I I she literally doesn't have any-- anyone else to watch her children. And if they were going to school physically, it'd be easier. I would just stay with them, make sure they get to school in the morning, and then I'd come to work and then their dad can pick them up. But because they're virtual and their dad has to work all day, there's no one to watch them during the day. So just. Just let me know exactly what your schedule is so that I can just see what I can do for her. And then yes and just let me know what time you want me to come in tomorrow. 11, 12, 10 -- just let me know.

## Audio file

AUDIO-2023-04-17-16-39-04.m4a

## Transcript

Sorry, I was waiting to hear back from my friend. OK, so yes, I I got all your appointments. I will schedule them. And then tomorrow when I get to the office, I'll schedule the flights for us to go to LA on Sunday, return on Wednesday. As for the days that I need to watch the kids, it's the 22nd. The 23rd, the 24th, the 25th, the 26th and the 27th. Now the 24th is a. Saturday, if you're OK with it, I don't mind bringing the kids to the office and you know, they can just. They'll they'll have like, school, work and everything anyway, so they'll be pretty busy kept in the office and and just doing their school work. If you're OK with that? If not, if not, let me know. But yeah, those are the days that I need. So just. Let me know how we can work around that and then and I'll get to it. And then anything else you need, let me know.

## Audio file

AUDIO-2023-04-17-16-39-05.m4a

## Transcript

Sorry, it's two kids, by the way. They're twins, boy and girl Kaden and Chloe, they're seven-year olds.