

8:08
◀ Uber Eats

**Upper Management Squad**
Helmi, Julie goldberg, Kelbelin G&...

on a Saturday the whole thing is a big mess this was a salary position and at no time was it hourly.

And where she thinks just because you work a Saturday or Sunday it's overtime and I'm just not sure where she's getting all this from it's insane and she knew this was a salary position.

Not to mention besides having all last week off as comp time she didn't do a fucking thing in the office this week me and she basically sat around ate people's food and played on her phone I mean this is just fucking insane.
1:09 PM

And I'm trying to prepare for this argument about ready to withdraw the case
1:09 PM

Kelbelin
I would just send her a text message I think you've been told several times to refer this to HR.

Additionally I know HR sent an email please refer to this email I don't handle payroll.
1:11 PM

You can't send messages to this group because you're no longer a participant.

















