# THE AUSTIN BROWN LAW FIRM

588 BERGEN STREET ■ BROOKLYN, NY 11238

Attorney and Counsellor at Law
Thomas Austin Brown, Esq.
Austin@austinbrownlaw.com
917 716 6537

January 5, 2024

Magistrate Judge Barbara Moses
500 Pearl Street
New York, NY 10007

Re: Coker v. Goldberg & Associates P.C. (1:21-cv-01803)

Your Honor,

     I am one of the attorneys for the defendants in the above referenced case. I represented the defendants in my capacity as of-counsel attorney to defendants' primary counsel at the Jones Law Firm.

     I am no longer associated with the Jones Law Firm, and have assumed a new position which requires me to withdraw from private practice.

     I respectfully request that I be removed as counsel from this case, leaving the defendants in the capable hands of their primary attorney.

Sincerely,

Thomas Austin Brown, Esq.
Principal Attorney
The Austin Brown Law Firm