**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
-----------------------------------------------------------------X
SADE COKER,

                Plaintiff,

  -against-                                              21 **CIVIL** 1803 (JLR)

## **JUDGMENT**

GOLDBERG & ASSOCIATES P.C. and JULIE
GOLDBERG, ESQ.,

                Defendants.
-----------------------------------------------------------------X

It is hereby **ORDERED, ADJUDGED AND DECREED:** That for the reasons stated in the Court's Opinion and Order dated February 29, 2024, Plaintiff's motion for summary judgment is GRANTED. Judgment is entered in favor of Plaintiff against Defendants, jointly and severally, in the amount of $4,986.14; accordingly, the case is closed.

**Dated:**  New York, New York

      March 1, 2024

                                                              **RUBY J. KRAJICK**
                                                               **Clerk of Court**

                                **BY:**         *K. Mango*

                                                                **Deputy Clerk**