

March 12, 2024

Hon. Jennifer L. Rochon
United States District Court
Southern District of New York
40 Foley Square
New York, NY 10007

<u>Via ECF Only</u>

    Re:    *Coker v Goldberg & Associates P.C.* 1:21-cv-1803-JLR-BCM
             <u>Motion To Reopen To Decide Attorney Fees Motion</u>

Your Honor:

Following the Court's Order granting of Plaintiff's Motion for Summary Judgment and the resulting Judgment, Dkt. 106-107, the Clerk of Court closed the case. On behalf of Plaintiff, we ask that the court reopen the case for the purpose of accepting and ruling on Plaintiff's motion for attorney fees and costs.

                                      Sincerely,

                                      Penn Dodson, Esq.
                                      *penn@andersondodson.com*