Coker v Goldberg

COSTS

| Date | Units | Expense category | Description | Rate ($) | Billable ($) | User | Caterogy |
|---|---|---|---|---|---|---|---|
| 3/8/21 | 1 | Filing Fee | Federal court filing fee | $ 400.00 | $ 400.00 | Jess Velez | Filing Fee |
| | | | | | $ 400.00 | | **Filing Fee Total** |
| 3/8/21 | 1 | Outside Printing | JV printed papers at Staples for process server to pick up | $ 4.42 | $ 4.42 | Jess Velez | Minor Misc |
| 7/7/22 | 1 | Postage/Shipping | Discovery Requests Hard Copy | $ 13.97 | $ 13.97 | Jess Velez | Minor Misc |
| 10/10/22 | 1 | Postage/Shipping | Ltr re attending other side depo | $ 1.44 | $ 1.44 | Callyn Carter | Minor Misc |
| 11/10/22 | 1 | Postage/Shipping | 2nd Set of Rogs | $ 9.34 | $ 9.34 | Callyn Carter | Minor Misc |
| 11/29/22 | 1 | Background Research | TLO research | $ 5.00 | $ 5.00 | Jess Velez | Minor Misc |
| 8/28/23 | 1 | Postage/Shipping | Courtesy copy to Hon. Moses | $ 12.80 | $ 12.80 | Jessica Balint | Minor Misc |
| | | | | | $ 46.97 | | **Minor Misc Total** |
| 6/11/21 | 1 | Service of Process | Service of Process- Coker | $ 177.00 | $ 177.00 | Jess Velez | Service of Process |
| | | | | | $ 177.00 | | **Service of Process Total** |
| 4/11/23 | 1 | Transcripts/Court Reporters | Invoice for Depo of D | $ 970.00 | $ 970.00 | Jess Velez | Transcripts/Court Reporters |
| | | | | | $ 970.00 | | **Transcripts/Court Reporters Total** |
| | | | | | $ 1,593.97 | | **Grand Total** |