# Monthly Statement

**ANDERSON DODSON, P.C.**
**11 BROADWAY, SUITE 615**
**NEW YORK, NY 10004**

**United Process Service, Inc.**
**225 Broadway, Suite 440**
**New York, NY 10007**
**(212) 619-0728**
**Fax (212) 619-2288**
**Email: info@unitedprocess.com**
**FEIN 13-3225909**

**Account #:** 9932

| Description | Charge | Open Amt. |
|---|---|---|

### Current Items:

| | | Charge | |
|---|---|---|---|
| **Invoice #:** 760944 | | | |
| **Plaintiff:** SADE COKER | Attempted | $55.00 | |
| **Defendant:** GOLDBERG & ASSOCIATES P.C., ETANO | Copy Charge | $6.00 | |
| **Recipient:** GOLDBERG & ASSOCIATES P.C. | Mailing Documents | $5.00 | |
| **Date of Service:** 04/28/21  SUMMONS IN A CIVIL ACTION AND COMPLAINT | | $66.00 | |

| **Invoice #:** 760944 | | | |
|---|---|---|---|
| **Plaintiff:** SADE COKER | Attempted | $28.00 | |
| **Defendant:** GOLDBERG & ASSOCIATES P.C., ETANO | | $28.00 | |
| **Recipient:** JULIE GOLDBERG, ESQ., AN INDIVIDUAL | | | |
| **Date of Service:** 04/28/21  SUMMONS IN A CIVIL ACTION AND COMPLAINT | | | |

| **Invoice #:** 760944 | | | |
|---|---|---|---|
| **Plaintiff:** SADE COKER | Attempted | $55.00 | |
| **Defendant:** GOLDBERG & ASSOCIATES P.C., ETANO | | $55.00 | |
| **Recipient:** GOLDBERG & ASSOCIATES P.C. | | | |
| **Date of Service:** 04/28/21  SUMMONS IN A CIVIL ACTION AND COMPLAINT | | | |

| **Invoice #:** 760944 | | | |
|---|---|---|---|
| **Plaintiff:** SADE COKER | Attempted | $28.00 | |
| **Defendant:** GOLDBERG & ASSOCIATES P.C., ETANO | | $28.00 | |
| **Recipient:** JULIE GOLDBERG, ESQ., AN INDIVIDUAL | | | |
| **Date of Service:** 04/28/21  SUMMONS IN A CIVIL ACTION AND COMPLAINT | | | |

| **Invoice #:** 763004 | | | |
|---|---|---|---|
| **Plaintiff:** LUIS CANDO, IN HIS INDIVIDUAL CAPACITY AND ON BEHALF OF OTHERS SIMILARLY SITUATED | Fees Advanced | $40.00 | |
| | Basic Service Charge | $51.00 | |
| **Defendant:** TRES CONSTRUCTION LLC, ETAL | Charge Advancing Fee | $5.00 | |
| **Recipient:** TRES CONSTRUCTION LLC | Copy Charge | $8.00 | |
| **Date of Service:** 05/04/21  SUMMONS IN A CIVIL ACTION AND COMPLAINT | | $104.00 | |

**Printed On:** *Friday, June 11, 2021*

*Monthly Statement*

| | | | |
|---|---|---|---|
| **Invoice #:** | 763004 | Attempted | $55.00 |
| **Plaintiff:** | LUIS CANDO, IN HIS INDIVIDUAL CAPACITY AND ON BEHALF OF OTHERS SIMILARLY SITUATED | | $55.00 |
| **Defendant:** | TRES CONSTRUCTION LLC, ETAL | | |
| **Recipient:** | TRES CONSTRUCTION LLC | | |
| **Date of Service:** | 05/11/21  SUMMONS IN A CIVIL ACTION AND COMPLAINT | | |

| | | | |
|---|---|---|---|
| **Invoice #:** | 763602 | Rush Attempted Svc | $85.00 |
| **Plaintiff:** | LUIS CANDO, IN HIS INDIVIDUAL CAPACITY AND ON BEHALF OF OTHERS SIMILARLY SITUATED | Copy Charge | $8.00 |
| **Defendant:** | TRES CONSTRUCTION LLC, ETAL | | $93.00 |
| **Recipient:** | GEORGE KALERGIOS | | |
| **Date of Service:** | 05/18/21  SUMMONS IN A CIVIL ACTION AND COMPLAINT | | |

| | | | |
|---|---|---|---|
| **Invoice #:** | 763602 | Rush Attempted Svc | $90.00 |
| **Plaintiff:** | LUIS CANDO, IN HIS INDIVIDUAL CAPACITY AND ON BEHALF OF OTHERS SIMILARLY SITUATED | | $90.00 |
| **Defendant:** | TRES CONSTRUCTION LLC, ETAL | | |
| **Recipient:** | GEORGE KALERGIOS | | |
| **Date of Service:** | 05/18/21  SUMMONS IN A CIVIL ACTION AND COMPLAINT | | |

*Monthly Statement*

|  |  |
|---|---:|
| **Current Month Billings:** | $519.00 |
| **Previous Billings:** | $0.00 |
| **Open Payments/Credits:** | $0.00 |
| *Total:* | ***$519.00*** |

| *Current* | *31-60 Days* | *61-90 Days* | *Over 90 Days* |
|---|---|---|---|
| $519.00 | $0.00 | $0.00 | $0.00 |

**Please remit your payment before July 06, 2021**

---

### *FREQUENT SERVER PROGRAM (FSP)*

- *Annual credited FSP points needed to receive reward:* **15,000**
- *FSP points accumulated for 2021:* **697**
- *Additional FSP points needed for reward:* **14,303**
- *Total FSP points credited:* **250**

*Your FSP account will be credited upon receipt of payment in full for services rendered. You will receive a 2% rebate, refund or gift. Please visit www.unitedprocess.com for terms and conditions for the Frequent Server Program.*

---

**Joel's Monthly Message:** Well it looks as if New York City IS COMING BACK!!! Hope you and your loved ones and business associates are all doing well. As a reminder, please put the NYSCEF electronic notice (not the confirmation notice) on top of your service document. Note that over 99% of the cases require the MANDATORY NOTICE and NOT THE CONSENSUAL NOTICE. United Process is an authorized 3rd party to file documents at NYSCEF. Have a great month. Joel Graber, Pres.

```
 1                    DIANE DORSEY
                 Certified Court Reporter
 2              2150 Tony Creek Road, N.E.
                Fort Payne, Alabama  35967
 3

 4            INVOICE 362023        DATE:  4-11-23
   ------------------------------------------
 5  PENN DODSON, ESQ.
    Anderson Dodson, P.C.
 6
   ------------------------------------------
 7  In Re:
    Sade Coker vs. Goldberg & Associates, P.C., et al.
 8  0&1 copy of the deposition of Julie Goldberg

 9

10

11

12
    YOUR TOTAL DUE:         $1115.50
13

14

15

16  Please Note:  If paid by April 30, 2023,
    amount due will be $970.00.
17

18

19

20

21

22

23

24

25
```

# LetterStream

8551 East Anderson | Suite 108 | Scottsdale, AZ 85255
(480) 473-3282                    fax (480) 473-3208

# INVOICE

| Date | Invoice # |
|---|---|
| 11/10/2022 | 7093702 |

AndersonDodsonPC
11 Broadway Ste 615
NEW YORK, NY 100041490

Remit to address:

LetterStream, Inc.
PO BOX 98018
Phoenix, AZ 85038-8018

| Terms | Due Date | Rep |
|---|---|---|
| PrePay | PrePaid | DP |

| Item | Description | Qty | Cost | Total |
|---|---|---|---|---|
| _Express Flats (Certified) | Flats Letter with Cover - Quality Laser Print of 8.5" x 11" cover sheet and additional documents. Inserted, sealed and mailed. | 1 | 10.110 | $ 10.11 |
| No Return Receipt | Return Receipt Not Included | 1 | -2.000 | $ -2.00 |
| 7 Sheets Inserted | 8.5x11 20 lb Plain White Simplex Black print 20221109Ps2ndSetofRogs.pdf | 1 | 0.840 | $ 0.84 |
| Color Logo | Print outside envelope logo in color | 1 | 0.150 | $ 0.15 |
| Extra Postage | 1 additional ounce per piece | 1 | 0.240 | $ 0.24 |
|  | MAILING DATE:<br>    11/10/2022<br>JOB TITLE:<br>    348 2nd Set of Rogs<br>JOB TYPE:<br>    _Express Flats (Certified) |  |  |  |

*Thank you for your business.*

| | | |
|---|---|---|
| Total Charges | $ | 9.34 |
| Total Due | $ | 0.00 |

A 2% monthly charge will be levied on any past due balances. Customer agrees to pay all collection costs and attorney's costs and attorney's fees necessary to collect any past due amounts, as permitted by law. Failure to contact us promptly about discrepancies substantiates the charges.

acctg@letterstream.com                    -- Page 1 of 1 --                    www.letterstream.com

**LetterStream**

8551 East Anderson | Suite 108 | Scottsdale, AZ 85255
(480) 473-3282      fax (480) 473-3208

# INVOICE

| Date | Invoice # |
|---|---|
| 10/12/2022 | 6961446 |

**AndersonDodsonPC**
11 Broadway Ste 615
NEW YORK, NY 100041490

Remit to address:

LetterStream, Inc.
PO BOX 98018
Phoenix, AZ 85038-8018

| Terms | Due Date | Rep |
|---|---|---|
| PrePay | PrePaid | DP |

| Item | Description | Qty | Cost | Total |
|---|---|---|---|---|
| _Windowed Letter (1stclass) | Windowed Express Letter - to be inserted into #10 2 window envelope and mailed first class | 1 | 0.830 | $ 0.83 |
| 2 Sheets Inserted | 8.5x11 20 lb Plain White Duplex Black print 20221010AttendingtheOtherSidesDeposition.pdf | 1 | 0.360 | $ 0.36 |
| Color Logo | Print outside envelope logo in color | 1 | 0.150 | $ 0.15 |
| Coversheet | 8.5x11 Printed Coversheet | 1 | 0.100 | $ 0.10 |
| | MAILING DATE:<br>   10/12/2022<br>JOB TITLE:<br>   366 ltr re attending other side depo<br>JOB TYPE:<br>   _Windowed Letter (1stclass) | | | |

*Thank you for your business.*

| | Total Charges | $ 1.44 |
|---|---|---|
| | Total Due | $ 0.00 |

A 2% monthly charge will be levied on any past due balances. Customer agrees to pay all collection costs and attorney's costs and attorney's fees necessary to collect any past due amounts, as permitted by law. Failure to contact us promptly about discrepancies substantiates the charges.

acctg@letterstream.com                    -- Page 1 of 1 --                    www.letterstream.com

**LetterStream**

8551 East Anderson | Suite 108 | Scottsdale, AZ 85255
(480) 473-3282                    fax (480) 473-3208

# INVOICE

| Date | Invoice # |
|---|---|
| 07/07/2022 | 6538421 |

AndersonDodsonPC
11 Broadway Ste 615
NEW YORK, NY 100041490

Remit to address:

LetterStream, Inc.
PO BOX 98018
Phoenix, AZ 85038-8018

| Terms | Due Date | Rep |
|---|---|---|
| PrePay | PrePaid | DP |

| Item | Description | Qty | Cost | Total |
|---|---|---|---|---|
| _Express Flats (Certified) | Flats Letter with Cover - Quality Laser Print of 8.5" x 11" cover sheet and additional documents. Inserted, sealed and mailed. | 1 | 9.670 | $ 9.67 |
| No Return Receipt | Return Receipt Not Included | 1 | -1.850 | $ -1.85 |
| 7 Sheets Inserted | 8.5x11 24 lb Premium White Simplex **COLOR** print 20220707PsROGStoDs.pdf Staple document upper left | 1 | 2.800 | $ 2.80 |
| 7 Sheets Inserted | 8.5x11 24 lb Premium White Simplex **COLOR** print 20220707PsRPDstoDs.pdf Staple document upper left | 1 | 2.800 | $ 2.80 |
| Color Logo | Print outside envelope logo in color | 1 | 0.150 | $ 0.15 |
| Extra Postage | 2 additional ounces per piece<br><br>MAILING DATE:<br>    07/07/2022<br>JOB TITLE:<br>    000348 Coker Discovery Requests<br>JOB TYPE:<br>    _Express Flats (Certified) | 1 | 0.400 | $ 0.40 |

| | | | Total Charges | $ 13.97 |
|---|---|---|---|---|
| | | | Total Due | $ 0.00 |

*Thank you for your business.*

A 2% monthly charge will be levied on any past due balances. Customer agrees to pay all collection costs and attorney's costs and attorney's fees necessary to collect any past due amounts, as permitted by law. Failure to contact us promptly about discrepancies substantiates the charges.

acctg@letterstream.com                    -- Page 1 of 1 --                    www.letterstream.com

# LetterStream

8551 East Anderson | Suite 108 | Scottsdale, AZ 85255
(480) 473-3282                    fax (480) 473-3208

# INVOICE

| Date | Invoice # |
|---|---|
| 06/15/2021 | 4667490 |

**AndersonDodsonPC**
3419
N. High St.
Denver, CO 80205

Remit to address:

LetterStream, Inc.
PO BOX 98018
Phoenix, AZ 85038-8018

| Terms | Due Date | Rep |
|---|---|---|
| PrePay | PrePaid | DP |

| Item | Description | Qty | Cost | Total |
|---|---|---|---|---|
| _Windowed Letter (1stclass) | Windowed Express Letter - to be inserted into #10 2 window envelope and mailed first class | 1 | 0.780 | $ 0.78 |
| 3 Sheets Inserted | 8.5x11 20 lb Plain White Simplex **COLOR** print 20210614WhattoExpectMediationCoker.pdf | 1 | 0.960 | $ 0.96 |
| Color Logo | Print outside envelope logo in color | 1 | 0.150 | $ 0.15 |
| Coversheet | 8.5x11 Printed Coversheet | 1 | 0.100 | $ 0.10 |
|  | MAILING DATE:<br>    06/15/2021<br>JOB TITLE:<br>    Sade Coker<br>JOB TYPE:<br>    _Windowed Letter (1stclass) |  |  |  |

*Thank you for your business.*

|  |  |
|---|---|
| Total Charges | $ 1.99 |
| Total Due | $ 0.00 |

A 2% monthly charge will be levied on any past due balances. Customer agrees to pay all collection costs and attorney's costs and attorney's fees necessary to collect any past due amounts, as permitted by law. Failure to contact us promptly about discrepancies substantiates the charges.

acctg@letterstream.com                    -- Page 1 of 1 --                    www.letterstream.com