**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
------------------------------------------------------------X
SADE COKER,

                    Plaintiff,                    21 **CIVIL** 1803 (JLR)

    -against-                         **JUDGMENT**
                                               For Attorney's Fees and Costs

GOLDBERG & ASSOCIATES P.C. and
JULIE GOLDBERG, ESQ.,

                    Defendants.
------------------------------------------------------------X

      It is hereby **ORDERED, ADJUDGED AND DECREED:** That for the reasons stated in the Court's Memorandum Opinion and Order dated May 20, 2024, the Court has GRANTED in part Plaintiff's motion for attorney's fees and costs and accordingly has awarded Plaintiff $43,182 in fees and $1,593.97 in costs, as well as post-judgment interest from the date of the Order.

**Dated:**  New York, New York
           May 21, 2024

                                                                **RUBY J. KRAJICK**
                                                                    **Clerk of Court**

                                            **BY:**    *K. Mango*

                                                                      **Deputy Clerk**