UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

Sade Coker

(List the full name(s) of the plaintiff(s)/petitioner(s).)

-against-

Goldberg & Associates, P.C. and Julie Goldberg, Esq.

(List the full name(s) of the defendant(s)/respondent(s).)

1:21 CV 01803 ( JLR )( BCM )

**NOTICE OF APPEAL**

Notice is hereby given that the following parties: Defendants, Goldberg & Associates, P.C. & Julie Goldberg, Esq.

(list the names of all parties who are filing an appeal)

in the above-named case appeal to the United States Court of Appeals for the Second Circuit from the ☑ judgment ☑ order entered on: May 21, 2024

(date that judgment or order was entered on docket)

that: the Court has GRANTED in part Plaintiff's motion for attorney's fees and costs and accordingly has awarded Plaintiff $43,182 in fees and $1,593.97 in costs, as well as post-judgment interest from the date of the Order.

(If the appeal is from an order, provide a brief description above of the decision in the order.)

June 3, 2024
Dated

/s/ Julie Ann Goldberg
Signature*

Goldberg, Julie A.

3005 Oakwood Boulevard   Melvindale   Michigan   48122
Address                  City         State       Zip Code

818-999-1559                           ecf@goldbergimmigration.com
Telephone Number                       E-mail Address (if available)

*Each party filing the appeal must date and sign the Notice of Appeal and provide his or her mailing address and telephone number, EXCEPT that a signer of a pro se notice of appeal may sign for his or her spouse and minor children if they are parties to the case. Fed. R. App. P. 3(c)(2). Attach additional sheets of paper as necessary.

Rev. 12/23/13