**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| **SADE COKER,**<br><br>Plaintiff,<br><br>v.<br><br>**GOLDBERG & ASSOCIATES P.C.**, and **JULIE GOLDBERG ESQ.,** an individual,<br><br>Defendants. | Case No. 1:21-cv-1803-JLR-BCM |

~~**[Proposed]**~~
**AMENDED JUDGMENT**

Pursuant to the Order entered on October 21, 2026 [ECF No. 130] the Clerk is hereby directed to enter judgment as follows:

By Judgment entered March 1, 2024 [ECF No. 107], the Clerk of Court entered judgment in favor of Plaintiff, Sade Coker, in the amount of $4,986.14. By Opinion and Order entered May 20, 2024 [ECF No. 116] (reflected in the Abstract of Judgment, ECF No. 117), the Court awarded $44,775.97 in attorneys' fees and costs (together, the "Prior Judgments").

Judgment is now entered in favor of the Plaintiff, Sade Coker, and against the Defendants, Goldberg & Associates P.C., and Julie Goldberg Esq., an individual, jointly and severally, in the total amount of $76,223.80 — consisting of $26,422.20 in attorneys' fees and $39.49 in costs awarded under the Order entered October 21, 2026 [ECF No. 130], plus $4,986.14 and $44,775.97 awarded in the Prior Judgments. This Amended Judgment includes the amounts awarded in the Prior Judgments and supersedes them in their entirety.

Post-judgment interest shall accrue at the federal statutory rate under 28 U.S.C. § 1961(a): on the $26,461.69, from October 21, 2026; on the $4,986.14, from March 1, 2024; and on the $44,775.97, from May 20, 2024.

The Clerk of Court is respectfully directed to terminate the motion at Dkt. 132.

DATE: November 13, 2026
New York, New York

BY THE COURT:

Jennifer Rochon

Hon. Jennifer L. Rochon
United States District Judge